| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | SAN JOSE DIVISION |

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LSI CORPORATION.<br>and AGERE SYSTEMS, INC.<br><br>　　　　　　Defendants. | Case No. 5:12-cv-03451 RMW<br><br>**[] ORDER GRANTING IN PART DEFENDANTS LSI CORPORATION AND AGERE SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT** |

Having considered Defendants' Administrative Motion to Enlarge Time to Respond to Complaint, Plaintiff's Opposition, and Defendants' Reply, the Court finds HEREBY ORDERS that the time for Defendants to respond to the Complaint is extended two weeks to August 16, and the parties shall conduct a Rule 26(f) conference during the following week, the week of August 20, with discovery to commence following the conference as permitted by Rule 26 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:  August 2, 2012

　　　　　　　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　Ronald M. Whyte
　　　　　　　　　　　　　　　　　　United Stated District Judge