KILPATRICK TOWNSEND & STOCKTON LLP
DAVID E. SIPIORA (State Bar No. 124951)
1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
Telephone:  (303) 571-4000
Facsimile:  (303) 571-4321
Email:     dsipiora@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
ROBERT J. ARTUZ (State Bar No. 227789)
1080 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email:     rartuz@kilpatricktownsend.com

Attorneys for Defendants
LSI CORPORATION and AGERE SYSTEMS LLC

REED SMITH LLP
Scott D. Baker (State Bar No. 84923)
William R. Overend (State Bar No. 180209)
James A. Daire (State Bar No. 239637)
Adrian Sue Shin (State Bar No. 256960)
101 Second Street, Suite 1800
San Francisco, CA  94105-3659

Attorneys for Plaintiff
REALTEK SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>LSI CORPORATION, et al.,<br><br>            Defendant. | Case No. C 12-03451 RMW<br><br>**JOINT STIPULATION AND [] ORDER REVISING BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Date:     October 5, 2012<br>Time:    9:00 AM<br>Place:    Courtroom 6, 4th Floor<br><br>Judge:   Hon. Ronald M. Whyte |

1 Pursuant to Local Rules 6-1 and 6-2, Defendants LSI Corporation and Agere Systems LLC (collectively "Defendants") and Plaintiff Realtek Semiconductor Corporation ("Plaintiff") hereby move for an extension of the briefing deadlines for the completion of briefing in connection with Defendants' Motion to Dismiss Plaintiff Realtek Semiconductor Corporation's Complaint.

WHEREAS the current deadline for Plaintiff's response is August 30, 2012 and the current deadline for Defendants' reply is September 6, 2012.

WHEREAS the current briefing schedule for Defendant's reply spans the Labor Day Holiday and a vacation period for counsel in which it will be difficult to prepare and finalize an adequate reply brief.

WHEREAS counsel for Defendant has offered to stipulate to the extension of deadlines for Plaintiff's response such that preparation of Defendants' reply will not conflict with counsel's absence.

WHEREAS counsel for Plaintiff has agreed to extend the response deadline to September 7, 2012 and the corresponding reply deadline to September 14, 2012.

WHEREAS the parties' stipulation does not affect the October 5, 2012 hearing date or any other date already fixed by Court order, and does not accelerate or extend any other time frames set in the Local Rules or in the Federal Rules.

THEREFORE, it is hereby stipulated between the parties that:

1. Plaintiff shall file and serve its Opposition papers on September 7, 2012
2. Defendants shall file and serve its Reply brief on September 14, 2012

///

///

1      3.      The October 5, 2012 hearing date currently on calendar for the Motion to Dismiss
2  shall remain as scheduled.

3                              Respectfully submitted,

4 Dated: August 27, 2012        REED SMITH LLP

5

6                            By: /s/ *James A. Daire*
                                  Scott D. Baker
7                                   William R. Overend
                                  James A. Daire
8                                   Adrian Sue Shin

9                            Attorneys for Plaintiff
                           REALTEK SEMICONDUCTOR CORPORATION
10

11 Dated: August 27, 2012        KILPATRICK TOWNSEND & STOCKTON LLP

12                            By: /s/ *Robert J. Artuz*
13                                   David E. Sipiora
                                  Robert J. Artuz
14

15                            Attorneys for Defendants
                           LSI CORPORATION and AGERE SYSTEMS LLC
16

17

18                                  <u>Attestation of Signatures</u>

19     I, Robert J. Artuz, attest that the concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures.

20                                     /s/ *Robert J. Artuz*

21

22      PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

23

24 Dated: _____

25                                HON. RONALD M. WHYTE
26                                UNITED STATES DISTRICT JUDGE

27

28