KILPATRICK TOWNSEND & STOCKTON LLP
DAVID E. SIPIORA (*Appearing Pro Hac Vice*)
1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
Email:    dsipiora@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
ROBERT J. ARTUZ (State Bar No. 227789)
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email:    sspaeth@kilpatricktownsend.com
          rartuz@kilpatricktownsend.com

Attorneys for Defendants
LSI CORPORATION and AGERE SYSTEMS LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>LSI CORPORATION, et al.,<br><br>            Defendants. | Case No. C 12-03451 RMW<br><br>**[] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF EXHIBIT A TO THE DECLARATION OF RYAN D. PHILLIPS IN SUPPORT OF DEFENDANT LSI CORPORATION AND AGERE SYSTEMS LLC'S MOTION TO DISMISS** |

Defendants' LSI Corporation and Agere Systems LLC (collectively, "Defendants") Miscellaneous Administrative Request under Civil Local Rule 79-5 to file under seal the document listed below is hereby GRANTED:

> EXHIBIT A TO THE DECLARATION OF RYAN D. PHILLIPS IN SUPPORT OF DEFENDANT LSI CORPORATION AND AGERE SYSTEMS LLC'S MOTION TO DISMISS



[] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER PERMITTING FILING UNDER SEAL
CASE NO. C 12-03451 RMW

1

The foregoing document shall be filed under seal.

**IT IS SO ORDERED.**

DATED: Ugr vgo dgt"47."4234

_Ronald M. Whyte_
Honorable Ronald M. Whyte
United Stated District Judge



[] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE
REQUEST FOR AN ORDER PERMITTING FILING UNDER SEAL
CASE NO. C 12-03451 RMW