Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Adrian Sue Shin (SBN 256960)
Email: sshin@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Steven S. Baik (SBN 184622)
Email: sbaik@reedsmith.com
Carina M. Tan (SBN 185015)
carinatan@reedsmith.com
REED SMITH LLP
1510 Page Mill Road, Suite 110
Palo Alto, CA 94304
Tel: (650) 352-0500
Fax: (650) 352-0699

Attorneys for Plaintiff
REALTEK SEMICONDUCTOR CORPORATION

KILPATRICK TOWNSEND & STOCKTON LLP
DAVID E. SIPIORA (State Bar No. 124951)
1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
Email: *dsipiora@kilpatricktownsend.com*

KILPATRICK TOWNSEND & STOCKTON LLP
ROBERT J. ARTUZ (State Bar No. 227789)
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: *rartuz@kilpatricktownsend.com*

Attorneys for Defendants LSI CORPORATION and AGERE SYSTEMS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LSI CORPORATION<br>and AGERE SYSTEMS LLC,<br><br>　　　　　Defendants. | Case No. 5:12-cv-03451 RMW<br><br>**STIPULATION AND []**<br>**ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Court Processes:

>Non-binding Arbitration (ADR L.R. 4)
>Early Neutral Evaluation (ENE) (ADR L.R. 5)
>Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference.  See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

>X   **Private ADR (*please identify process and provider*):   The parties agree to mediation by a private mediator, such as one provided by JAMS.**

The parties agree to hold the ADR session by:

>the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

>X   **other requested deadline:  In light of ongoing ITC proceedings between the parties, the parties agree that it would not be productive to engage in mediation within 90 days from the date of this Order.  The parties have agreed to defer the deadline until 90 days after the close of fact discovery in this case.**

IT IS SO STIPULATED.

DATED:  September 13, 2012.

>REED SMITH LLP

>By  /s/ *James A. Daire*
>    James A. Daire
>    Attorney for Plaintiff
>    REALTEK SEMICONDUCTOR CORPORATION

>KILPATRICK TOWNSEND & STOCKTON LLP

>By  /s/ *Robert J. Artuz*\*
>    David E. Sipiora
>    Robert J. Artuz
>    Attorneys for Defendants
>    LSI CORPORATION and
>    AGERE SYSTEMS LLC

>*\*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i) regarding signatures, Robert J. Artuz hereby attests that concurrence in the filing of this document has been obtained.*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**[] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to: A private mediator mutually agreed to by the parties.

Deadline for ADR session: The parties agree that the deadline for private mediation is 90 days after the close of fact discovery in this case.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____, 2012.

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge

Case No. 5:12-CV-03451 RMW — 2 —
STIPULATION AND [] ORDER SELECTING ADR PROCESS