| | |
|---|---|
| Scott D. Baker (SBN 84923)<br>Email: sbaker@reedsmith.com<br>William R. Overend (SBN 180209)<br>Email: woverend@reedsmith.com<br>Adrian Sue Shin (SBN 256960)<br>Email: sshin@reedsmith.com<br>James A. Daire (SBN 239637)<br>Email: jdaire@reedsmith.com<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone:  (415) 543-8700<br>Facsimile:  (415) 391-8269<br><br>Steven S. Baik (SBN 184622)<br>Email: sbaik@reedsmith.com<br>Carina M. Tan (SBN 185015)<br>carinatan@reedsmith.com<br>REED SMITH LLP<br>1510 Page Mill Road, Suite 110<br>Palo Alto, CA 94304<br>Tel:  (650) 352-0500<br>Fax:  (650) 352-0699<br><br>Attorneys for Plaintiff<br>REALTEK SEMICONDUCTOR CORPORATION | KILPATRICK TOWNSEND & STOCKTON LLP<br>DAVID E. SIPIORA (State Bar No. 124951)<br>1400 Wewatta Street, Suite 600<br>Denver, CO 80202-5556<br>Telephone: (303) 571-4000<br>Facsimile:  (303) 571-4321<br>Email:    dsipiora@kilpatricktownsend.com<br><br>KILPATRICK TOWNSEND & STOCKTON LLP<br>ROBERT J. ARTUZ (State Bar No. 227789)<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 326-2400<br>Facsimile:  (650) 326-2422<br>Email:    rartuz@kilpatricktownsend.com<br><br>Attorneys for Defendants LSI CORPORATION and AGERE SYSTEMS LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>             Plaintiff,<br><br>  vs.<br><br>LSI CORPORATION<br>and AGERE SYSTEMS LLC<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:12-cv-03451 RMW<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE CASE**<br>**MANAGEMENT CONFERENCE** |

On December 4, 2012, the Court continued the Further Case Management Conference in the above-entitled case, initially set for December 7, 2012, to December 14, 2012.  Counsel for Plaintiff Realtek Semiconductor Corporation is not available on December 14, 2012.  However, all counsel for all parties are available on December 21, 2012.

Accordingly, the parties hereby stipulate and seek the Court's order continuing the Case Management Conference from December 14, 2012 **to December 21, 2012 at 10:30 a.m.**  This stipulation does not affect any hearing date or any other date already fixed by Court order, and does not accelerate or extend any other time frames set in the Local Rules or in the Federal Rules.

DATED:  December 7, 2012.

Respectfully Submitted,

REED SMITH LLP

By  /s/ *James A. Daire**
James A. Daire
Attorney for Plaintiff
REALTEK SEMICONDUCTOR CORPORATION

KILPATRICK TOWNSEND & STOCKTON LLP

By  */s/ David E. Sipiora*
David E. Sipiora
Robert J. Artuz
Attorneys for Defendants
LSI CORPORATION and
AGERE SYSTEMS LLC.

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i), James A. Daire hereby attests that concurrence in the filing has been obtained.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Case No. 5:12-CV-03451 RMW                              1
STIPULATION AND ] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE