Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Adrian Sue Shin (SBN 256960)
Email: sshin@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Steven S. Baik (SBN 184622)
Email: sbaik@reedsmith.com
Carina M. Tan (SBN 185015)
carinatan@reedsmith.com
REED SMITH LLP
1510 Page Mill Road, Suite 110
Palo Alto, CA 94304
Tel: (650) 352-0500
Fax: (650) 352-0699

Attorneys for Plaintiff
REALTEK SEMICONDUCTOR
CORPORATION

KILPATRICK TOWNSEND & STOCKTON
LLP
DAVID E. SIPIORA (State Bar No. 124951)
1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
Email:    dsipiora@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON
LLP
ROBERT J. ARTUZ (State Bar No. 227789)
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email:    rartuz@kilpatricktownsend.com

Attorneys for Defendants LSI CORPORATION
and AGERE SYSTEMS LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>                    Plaintiff,<br><br>     vs.<br><br>LSI CORPORATION<br>and AGERE SYSTEMS LLC<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:12-cv-03451 RMW<br><br>**STIPULATION AND [] CASE MANAGEMENT ORDER**<br><br><br>Honorable Ronald M. Whyte |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On December 21, 2012, the Court and counsel for Plaintiff Realtek Semiconductor Corporation ("Realtek") and Defendants LSI Corporation and Agere Systems LLC ("Defendants") (collectively, "the parties") participated in a further Case Management Conference.  During the Conference, the Court instructed the parties to work together for the purpose of submitting a case management schedule including a further Case Management Conference in late March 2013 and a trial date in October or early November 2013, subject to Realtek providing Defendants available license information and information regarding the volume of business/sales.  The parties respectfully submit the following proposed Case Management Order for entry by the Court:

| Event | Agreed Date or Deadline |
|---|---|
| Further Case Management Conference | March 8, 2013 at 10:30 a.m. |
| Fact Discovery Completion | May 1, 2013 |
| Initial Expert Reports Due | May 24, 2013 |
| Rebuttal Expert Reports Due | June 21, 2013 |
| Expert Discovery Completion | July 19, 2013 |
| Last Day to File Dispositive Motions | August 2, 2013 |
| Last Day for Hearing on Dispositive Motions | September 6, 2013 |
| Last Date to meet and confer as set forth in Standing Order Re: Pretrial Preparation (-15 days) | September 25, 2013 |
| Last day to file or lodge materials required in Section B of  Standing Order Re: Pretrial Preparation (-10 court days) | September 26, 2013 |
| Last day to file or lodge materials required in Section C of  Standing Order Re: Pretrial Preparation (-5 court days) | October 3, 2013 |
| Final Pretrial Conference | October 10, 2013 |
| Trial Date | November 4, 2013 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    DATED:  January 9, 2012.

2                                              Respectfully Submitted,

3
                                               REED SMITH LLP
4

5                                              By____/s/ *James A. Daire**
                                                   James A. Daire
6                                                  Attorney for Plaintiff
                                                   REALTEK SEMICONDUCTOR CORPORATION
7

8                                              KILPATRICK TOWNSEND & STOCKTON LLP

9

10                                             By____/s/ *David E. Sipiora*
                                                   David E. Sipiora
11                                                 Robert J. Artuz
                                                   Attorneys for Defendants
12                                                 LSI CORPORATION and
                                                   AGERE SYSTEMS LLC.
13
                                               * *Filer's Attestation: Pursuant to Civil Local Rule*
14                                             *5-1(i) regarding signatures, James A. Daire hereby*
                                               *attests that concurrence in the filing of this*
15                                             *document has been obtained.*

16

17   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19   Dated: February 20, 2013

20                                             _____
                                               HON. RONALD M. WHYTE
21                                             UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28