**E-FILED on** 3/26/13

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION, et al.,<br><br>Defendants. | No. C-12-03451 RMW<br><br>**ORDER DENYING REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF SUPPLEMENTAL CASE MANAGEMENT STATEMENT**<br><br>[Re: Dkt. No. 60] |

Defendants LSI Corporation and Agere Systems LLC (collectively "defendants") submitted a request to file under seal the Supplemental Joint Case Management Statement ("SJCMS") on the basis that the SJCMS "summarized confidential information from a document [the Discovery Dispute Joint Report No. 2 ("DDJR2")] that is currently the subject of a motion to seal." Dkt. No. 60.

On March 13, 2013, Magistrate Judge Lloyd denied the parties' request to file the DDJR2 under seal and the parties publicly filed the DDJR2 with the court. Dkt. No. 63. Because no basis remains to seal the SJCMS, the court DENIES the defendants' request to seal, and orders the parties to lodge an unredacted copy of the SJCMS with the court no later than April 2, 2013.

DATED: March 26, 2013

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING REQUEST FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF SUPPLEMENTAL CASE MANAGEMENT STATEMENT—No. C-12-03451 RMW
ALG

2