Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Adrian Sue Shin (SBN 256960)
Email: sshin@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

Steven S. Baik (SBN 184622)
Email: sbaik@reedsmith.com
Carina M. Tan (SBN 185015)
carinatan@reedsmith.com
REED SMITH LLP
1510 Page Mill Road, Suite 110
Palo Alto, CA 94304
Tel:  (650) 352-0500
Fax:  (650) 352-0699

Attorneys for Plaintiff
REALTEK SEMICONDUCTOR CORPORATION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>              Plaintiff,<br><br>     vs.<br><br>LSI CORPORATION<br>and AGERE SYSTEMS LLC,<br><br>              Defendants. | Case No. 5:12-cv-03451 RMW<br><br>**DECLARATION OF JAMES A. DAIRE IN SUPPORT OF PLAINTIFF REALTEK SEMICONDUCTOR CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: May 3, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom 6, 4th Floor<br><br>Compl. Filed:  June 29, 2012<br>Trial Date:  November 4, 2013<br><br>Hon. Ronald M. Whyte |

**PUBIC REDACTED VERSION**

I, James A. Daire, hereby declare as follows:

1. I am an attorney at law licensed to practice before the courts of the State of California and the Northern District of California and an associate at Reed Smith LLP, attorneys for Plaintiff Realtek Semiconductor Corporation ("Realtek"). I have personal knowledge of the matters set forth herein, and if called as a witness, could and would competently testify to them.

2. Attached hereto as Exhibit A is a true and correct excerpt of the Institute of Electrical and Electronics Engineers' ("IEEE") response to LSI Corporation and Agere Systems LLC's Subpoena.

3. Attached hereto as Exhibit B is a true and correct copy of the Institute of Electrical and Electronics Engineers Standards Association's ("IEEE-SA") Standards Board Bylaws approved in September 2002.

4.  This exhibit is submitted under seal.

5. Attached hereto as Exhibit D are true and correct copies of Agere Systems LLC's Letters of Assurance to the IEEE-SA relating to the 802.11g, 802.11e, and 802.11n standards.

6.  This exhibit is submitted under seal.

7. This exhibit is submitted under seal.

8. This exhibit is submitted under seal.

9. This exhibit is

Case No. 5:12-CV-03451 RMW        – 1 –
DECLARATION OF JAMES A. DAIRE IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

submitted under seal.

10. Attached hereto as Exhibit I is a true and correct copy of LSI Corporation's March 7, 2012 cease and desist letter to Realtek.

11. Attached hereto as Exhibit J is a true and correct copy of the public version of LSI Corporation and Agere Systems LLC's March 12, 2012 Complaint in U.S. International Trade Commission Investigation No. 337-TA-837.

12. Attached hereto as Exhibit K is a true and correct copy of the April 11, 2012 Notice of Institution of Investigation in U.S. International Trade Commission Investigation No. 337-TA-837.

13. Attached hereto as Exhibit L is a true and correct copy of emails exchanged between Abhi Talwalkar, LSI Corporation's CEO, and Yee Wei Huang, Realtek's Vice President of Marketing.

14.  This exhibit is submitted under seal.

15. This exhibit is submitted under seal.

16. This exhibit is submitted under seal.

17. This exhibit is submitted under seal.

18. This exhibit is submitted under seal.

19. Attached hereto as Exhibit R is a true and correct copy of Defendants LSI

1  Corporation and Agere Systems LLC's December 31, 2012 Responses to Realtek's First Set of

2  Requests for Admission.

3      20.  ███████████████████████████████████████████

4  ███████████████████████████████████████████████████████████████

5  ███████████████████████████████████████████████  This exhibit is

6  submitted under seal.

7      21.    Attached hereto as Exhibit T is a true and correct copy of Defendants LSI

8  Corporation and Agere Systems LLC's January 31, 2013 Responses to Realtek's Second Set of

9  Requests for Admission.

10      22.  ███████████████████████████████████████████

11  ███████████████████████████████████████████████████████████████

12  ██████████████████████████████  This exhibit is submitted under seal.

13      I declare under penalty of perjury of the laws of the United States that the foregoing is true

14  and correct.

15

16      DATED: March 26, 2013.

17                                */s/ James A. Daire*
                              James A. Daire

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 5:12-CV-03451 RMW     – 3 –
DECLARATION OF JAMES A. DAIRE IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT