# EXHIBIT I

LSI Corporation  
1110 American Parkway, NE  
Allentown, Pa  18109-9138

Warren K. Waskiewicz  
Vice President  
Intellectual Property Business  
610-712-1703 (voice)  
610-712-3467 (fax)  
warren.waskiewicz@lsi.com



**VIA OVERNIGHT MAIL**

March 7, 2012

Realtek Semiconductor Corporation  
General Counsel, Legal Department  
No. 2, Innovation Road II  
Hsinchu Science Park, Hsinchu 300, Taiwan  
Phone: 011-886-3578-0211

Re:   LSI/Agere U.S. Patent Nos. 6,982,663 Winger, 6,452,958 van Nee, and 6,707,867 Diepstraten

Dear Sir or Madam:

I write on behalf of LSI Corporation ("LSI") and its wholly-owned subsidiary, Agere Systems Inc. ("Agere"). We have conducted an investigation of certain products manufactured by Funai Electric Company, Ltd. and its subsidiaries ("Funai") in relation to the above-referenced patents owned by LSI or Agere. Our investigation has revealed that many of those products infringe one or more claims of one or more of these patents. Set forth below is an exemplary list of Funai products that infringe and identification of the implicated patents. Specifically, the following products infringe at least the following U.S. patents:

Magnavox-brand Blu-ray disc player MBP5210F: U.S. Patent No. 6,982,663 Winger; U.S. Patent No. 6,707,867 Diepstraten

Philips-brand home-theater system model HTS5506: U.S. Patent No. 6,982,663 Winger; U.S. Patent No. 6,452,958 van Nee; U.S. Patent No. 6,707,867 Diepstraten

Our analysis suggests that your company manufactures components that are incorporated into many of Funai's infringing products and that your activities constitute acts of infringement. In particular, as to the above-referenced products, your company is liable for patent infringement under 35 U.S.C. § 271 with respect to one or more of the above-referenced patents.

Realtek Semiconductor Corporation          2          March 7, 2012

LSI and Agere ask that your company immediately confirm in writing that it will cease and desist from continuing in the foregoing and any related infringing activities. We look forward to your response.

Thank you for your time and attention.

Very truly yours,

Warren K. Waskiewicz
Vice President
Intellectual Property Business