# EXHIBIT L

REDACTED-PRIVILEGED COMMUNICATION

-----Original Message-----
From: Talwalkar, Abhi [mailto:Abhi.Talwalkar@lsi.com]
Sent: Monday, October 01, 2012 10:52 PM
To: Ywhuang
Subject: RE: Original 2884 Complaint

Yee Wei,

I spent more time today understanding the history and LSI's actions. First of all, our focus is Funai, the system developer and producer. We only called out Funai's suppliers (such as Realtek) to ensure that Funai suppliers produced sufficient documentation. Historically, Taiwanese suppliers have not done this readily. We also communicated to your attorneys that we would remove Realtek from the suit itself, if Realtek provided documentation around the application area in question/infringement. However, after this discussion, Realtek counter sued with other patents. We were actually surprised by this as we clearly stated our intent to remove Realtek if sufficient documentation was provided.

So, I would suggest that we encourage our attorneys to get back together and discuss the necessary documentation that LSI is seeking and Realtek's willingness to provide it. If Realtek can do so satisfactorily, we would then take the step to remove Realtek from the suit.

You and I meeting at this stage will not resolve the matter so lets take the step I suggest first.

Thanks,
Abhi


-----Original Message-----
From: Ywhuang [mailto:ywhuang@realtek.com]
Sent: Monday, October 01, 2012 6:55 AM
To: Talwalkar, Abhi
Subject: Original 2884 Complaint
Importance: High

Dear Abhi,
Thank you very much for spending time with me last week on the legal cases involving LSI and Realtek. One thing I learned from you was that, as far as you know, LSI did not target Realtek in the ITC complaint, at least not in the original complaint. My understanding, however, was that Realtek was a named defendant (respondent) from the beginning.

To clarify, I am attaching the original LSI/Agere complaint filed with ITC and sent to Realtek.  Realtek is listed as a Respondent on p. 13 of the PDF file.

As explained, Realtek has not been able to obtain much response from LSI to resolve the case, which leaves Realtek with few option but taking counteractions.

May I have a follow-up call with you?  It appears that it really is not what LSI seeks to have Realtek as a Respondent in your ITC case, let alone to having LSI as a Respondent in an ITC case filed by Realtek.

Can we have a call at 5:30pm PDT on Tue 10/2 (8:30am TWN on Wed 10/3)?  Pls confirm and give me a number to call.  Best regards.....Yee-Wei

------Please consider the environment before printing this e-mail.