Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Adrian Sue Shin (SBN 256960)
Email: sshin@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Steven S. Baik (SBN 184622)
Email: sbaik@reedsmith.com
Carina M. Tan (SBN 185015)
carinatan@reedsmith.com
REED SMITH LLP
1510 Page Mill Road, Suite 110
Palo Alto, CA 94304
Tel: (650) 352-0500
Fax: (650) 352-0699

Attorneys for Plaintiff
REALTEK SEMICONDUCTOR CORPORATION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

REALTEK SEMICONDUCTOR CORPORATION,

Plaintiff,

vs.

LSI CORPORATION and AGERE SYSTEMS LLC,

Defendants.

Case No. 5:12-cv-03451 RMW

**DECLARATION OF CHIANG-HO TSAI IN SUPPORT OF PLAINTIFF REALTEK SEMICONDUCTOR CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Date: May 3, 2013
Time: 9:00 a.m.
Place: Courtroom 6, 4th Floor

Compl. Filed: June 29, 2012
Trial Date: November 4, 2013

Hon. Ronald M. Whyte

**PUBLIC VERSION**

I, Chiang-Ho Tsai, declare and state as follows:

1. I am the Director of the Communication Network Business Sales Department in the Communication Network Business Division for Realtek Semiconductor Corporation ("Realtek"). I have personal knowledge of the matters set forth in this Declaration. If called as a witness, I could and would competently testify to these matters.

2. I have been a Sales Director for Realtek for over four years. As part of my job duties, I am responsible for managing the sales and market promotion of Realtek's Wi-Fi components, including the components which I understand Defendants LSI Corporation and Agere Systems LLC (collectively, "Defendants") contend infringe their alleged standard essential patents. I regularly interact with Realtek's direct and indirect customers and manufacturers regarding their purchasing decisions regarding Realtek components. As a Sales Director, I also manage Realtek's salespeople within the Communications Network Business Group. Prior to assuming my duties as a Sales Director, I myself was a Sales Manager for Realtek. I have worked in sales for Realtek for more than 15 years.

3. Realtek is a Taiwanese fabless integrated circuit ("IC") design house that was established in 1987. A fabless IC design house such as Realtek designs and sells semiconductor chips, but contracts with a third party specialized manufacturer called a semiconductor foundry for the fabrication or "fab" of the chips. In total, Realtek employs approximately 2000 people, of which over 1500 have research and development expertise.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

[redacted]

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

[Body of page redacted]

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED: March 26, 2013.

By *__/s/ Chiang-Ho Tsai*__*

Chiang-Ho Tsai

** Filer's Attestation: Pursuant to Civil Local Rule 5-1(i) regarding signatures, James A. Daire hereby attests that concurrence in the filing of this document has been obtained.*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware