UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>LSI CORPORATION, et al.,<br><br>    Defendant. | Case No. C 12-03451 RMW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SHORTENING TIME OF BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO STAY**<br><br>Date:     May 3, 2013<br>Time:    9:00 AM<br>Place:    Courtroom 6, 4th Floor<br><br>Judge:   Hon. Ronald M. Whyte |

1  Pursuant to Local Rules 6-1 and 6-2, Defendants LSI Corporation and Agere Systems LLC
2  (collectively "Defendants") and Plaintiff Realtek Semiconductor Corporation ("Plaintiff") hereby
3  move for an order shortening the briefing deadlines in connection with Defendants' motion to stay
4  the current action ("Defendants' Motion"), filed concurrently with this Stipulation.

5  WHEREAS Plaintiff has filed a Motion for Partial Summary Judgment ("Realtek Motion,"
6  Dkt. No. 67), scheduled to be heard on May 3, 2013.

7  WHEREAS Defendants' lead counsel will be in trial after May 3, 2013.

8  WHEREAS the parties would rather avoid delay in scheduling a hearing for Defendants'
9  Motion until after the conclusion of Defendants' lead counsel's trial.

10  WHEREAS Plaintiff's counsel has agreed to shorten the response deadline to April 17,
11  2013 and the corresponding reply deadline to April 22, 2013 in order to consolidate the hearings
12  for both motions, and retain the original May 3, 2013 hearing date.

13  WHEREAS the parties' stipulation does not affect the May 3, 2013 hearing date or any
14  other date already fixed by Court order, and does not accelerate or extend any other time frames
15  set in the Local Rules or in the Federal Rules.

16  IT IS STIPULATED by the parties that:

- Plaintiff's response brief in opposition to the Defendants' Motion is due on April 17, 2013; and
- Defendants' reply brief, in support of Defendants' Motion is due on April 22, 2013.

Respectfully submitted,

Dated: April 4, 2013   REED SMITH LLP

By: /s/ *James A. Daire*
    Scott D. Baker
    William R. Overend
    James A. Daire
    Adrian Sue Shin

Attorneys for Plaintiff
REALTEK SEMICONDUCTOR CORPORATION

1 | Dated: April 4, 2013      KILPATRICK TOWNSEND & STOCKTON LLP

2                                     By: /s/ *Charles A. Pannell, III*

3                                         David E. Sipora
                                        Robert J. Artuz
                                        Charles A. Pannell, III

Attorneys for Defendants
LSI CORPORATION and AGERE SYSTEMS LLC

### Filer's Attestation

Pursuant to Civil Local Rule 5-1(i)(3), Charles A. Pannell, hereby attests that the above-named signatories concur in this filing.

DATED: April 4, 2013

                                                  /s/ *Charles A. Pannell, III*
                                                  Charles A. Pannell, III

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: April 5, 2013

*[signature: Ronald M. Whyte]*

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

65337326V.1

---

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME OF BRIEFING
SCHEDULE REGARDING DEFENDANTS' MOTION TO STAY      2
CASE NO. C 12-03451 RMW