Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Adrian Sue Shin (SBN 256960)
Email: sshin@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

Steven S. Baik (SBN 184622)
Email: sbaik@reedsmith.com
Carina M. Tan (SBN 185015)
carinatan@reedsmith.com
REED SMITH LLP
1510 Page Mill Road, Suite 110
Palo Alto, CA 94304
Tel:  (650) 352-0500
Fax:  (650) 352-0699

Attorneys for Plaintiff
REALTEK SEMICONDUCTOR CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>LSI CORPORATION and AGERE SYSTEMS LLC,<br><br>        Defendants. | Case No. 5:12-cv-03451 RMW<br><br>**[PROPOSED] ORDER PERMITTING THE FILING UNDER SEAL OF PORTIONS OF THE RECORD AND AMENDING THE ORDER AT DOCKET NO. 90** |

1  The Court hereby AMENDS its Order at Docket No. 90 and ORDERS the following
2  materials to be filed under seal under Civil Local Rule 79-5:
3  1. Exhibit A to the Declaration of Charles A. Pannell III in support of Defendants' Motion to
4  Stay (the "Moving Pannell Declaration") (Dkt. No. 73-1) shall be filed under seal at 81:12-82:1 and
5  84:2-17;
6  2. Exhibit D to the Moving Pannell Declaration (Dkt. No. 73-4) shall be filed under seal at
7  the sentence beginning with "Further …" and ending with "…$1.57." in the only full paragraph on
8  page 22;
9  3. Exhibit E to the Moving Pannell Declaration (Dkt. No. 73-5) shall be filed under seal at
10  page i (beginning with Section IV.E) though page iii (ending at Section V);
11  4. Exhibit A to the Declaration of Charles A. Pannell in support of Defendants' Reply (the
12  "Reply Pannell Declaration") (Dkt. No. 86-1) shall be filed under seal at 46:22-52:13; 54:9-56:16,
13  and 60:11-61:25; and
14  5. Exhibit B to the Reply Pannell Declaration (Dkt. No. 86-2) shall be filed under seal at
15  page i (beginning with Section IV.E) though page iii (ending at Section V) and at page 34 beginning
16  at the top of the page with "the modulo…" and ending with "…RX-2881C at Q/A 282; *see supra*."

**IT IS SO ORDERED.**

DATED:   May 8   , 2013.

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge