Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Adrian Sue Shin (SBN 256960)
Email: sshin@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

Steven S. Baik (SBN 184622)
Email: sbaik@reedsmith.com
Carina M. Tan (SBN 185015)
carinatan@reedsmith.com
REED SMITH LLP
1510 Page Mill Road, Suite 110
Palo Alto, CA 94304
Tel:  (650) 352-0500
Fax:  (650) 352-0699

Attorneys for Plaintiff
REALTEK SEMICONDUCTOR CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>              Plaintiff,<br><br>     vs.<br><br>LSI CORPORATION and AGERE SYSTEMS LLC,<br><br>              Defendants. | Case No. 5:12-cv-03451 RMW<br><br>**[PROPOSED] ORDER PERMITTING THE FILING UNDER SEAL OF PORTIONS OF THE RECORD AND AMENDING THE ORDER AT DOCKET NO. 91** |

The Court hereby AMENDS its Order at Docket No. 91 and ORDERS the following materials to be filed under seal under Civil Local Rule 79-5:

1. Exhibit 1 to the Declaration of Charles A. Pannell (Dkt. No. 78-1) at 81:12-82:1 and 84:2-17 shall be filed under seal.

**IT IS SO ORDERED.**

DATED:   May 8   , 2013.

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge