**E-FILED on** 5/21/13

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION, et al.,<br><br>Defendants. | No. C-12-03451 RMW<br><br>**ORDER DENYING ADMINISTRATIVE MOTIONS FOR ORDERS PERMITTING THE FILING UNDER SEAL OF PORTIONS OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND RELATED DOCUMENTS AND PORTIONS OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[Re: Dkt. Nos. 66, 79]** |

Plaintiff Realtek Semiconductor Corporation ("Realtek") submitted a request to file under seal: (1) designated portions of its Motion for Partial Summary Judgment; (2) designated portions of the Declaration of James A. Daire ("Daire Decl.") in support of its motion and Exhibits C, E-H, M-S, and U thereto; (3) designated portions of the Declaration of Chiang-Ho Tsai ("Tsai Decl.") in support of its motion and Exhibit A thereto; and (4) designated portions of its Reply in Support of its Motion for Partial Summary Judgment.

The plaintiff's requests are based–in large part–on the defendants' designation of the material as "Confidential and/or Highly Confidential – Attorneys' Eyes Only" under the terms of the Protective Order. Sealing Mot. re: Pl.'s Mot. for Partial Summ. J. 1, Dkt. No. 66; Sealing Mot. re: Pl.'s Reply in Supp. of Mot. 1, Dkt. No. 79. Under the local rule, however, "[a] stipulation, or a blanket protective order that allows a party to designate documents as sealable, will not suffice to allow the filing of documents under seal" for that reason alone. Civ. L.R. 79-5(a). With respect to the documents designated by defendants as confidential in the protective order, the court does not believe that they are in fact "privileged or protectable as a trade secret or otherwise entitled to protection under the law." *Id.* Moreover, the court has already denied defendants' motion to seal the vast majority of this material in its earlier sealing motions. *See* Dkt. Nos. 90, 91, 97, 98.

With respect to Exhibit P to the Daire Decl., the court does not believe that Realtek's RFA responses to defendants are confidential, and denies Realtek's motion to seal this document.

With respect to the Tsai Decl., the court does not believe that the information contained therein is confidential except possibly some customer related information and some information supporting Mr. Tsai's prediction as to the effect of an exclusion order on Realtek's business. Exhibit A to his declaration appears sufficiently confidential to justify sealing and the court hereby does so. However, nothing further will be sealed absent a more narrowly tailored request showing that the information Realtek requests to be sealed contains Realtek's proprietary business information.

The court hereby:

1. DENIES Realtek's motion to seal the designated portions of its Motion for Partial Summary Judgment, except for the sentence starting at page 22, line 26 and ending at page 23, line 2;

2. DENIES Realtek's motion to seal designated portions of the Declaration of James A. Daire ("Daire Decl.") in support of its motion and Exhibits C, E-H, M, O-S, and U thereto;

3. GRANTS Realtek's motion to seal exhibit N to the Daire Decl.;

4. DENIES Realtek's motion to seal designated portions of its Reply in Support of its Motion for Partial Summary Judgment;

5. DENIES Realtek's motion to seal designated portions of the Tsai Decl.;

6. GRANTS Realtek's motion to seal Exhibit A to the Tsai Decl.

In the event the defendant's failure to file the required declaration was in error, or Realtek can offer a narrowly tailored sealing request explaining why its designated materials are in fact "privileged or protectable as a trade secret or otherwise entitled to protection under the law," the court gives the parties until May 29, 2013 to file a narrowly tailored proposed sealing request with respect to the documents above. Otherwise, the proposed filings not sealed above will be made part of the public record.

DATED: May 21, 2013



RONALD M. WHYTE
United States District Judge

ORDER DENYING ADMINISTRATIVE MOTIONS FOR ORDERS PERMITTING THE FILING UNDER SEAL OF PORTIONS OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND RELATED DOCUMENTS AND PORTIONS OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT—No. C-12-03451 RMW ALG
3