**United States District Court**
For the Northern District of California

1

2

3

4                                                                      **E-FILED on**  5/21/13

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                   SAN JOSE DIVISION

11

12   REALTEK SEMICONDUCTOR                     No. C-12-03451 RMW
     CORPORATION,
13
                 Plaintiff,
14                                             **ORDER DENYING ADMINISTRATIVE**
         v.                                    **MOTION FOR ORDER PERMITTING**
15                                             **THE FILING UNDER SEAL OF**
     LSI CORPORATION, et al.,                  **PLAINTIFF'S OPPOSITION TO**
16                                             **DEFENDANT'S MOTION TO STAY AND**
                 Defendants.                   **RELATED DOCUMENTS**
17
                                               **[Re: Dkt. No. 82]**
18

19

20         Plaintiff Realtek Semiconductor Corporation ("Realtek") submitted a request to file under

21   seal: (1) designated portions of its Opposition to Defendants' Motion to Stay; and (2) designated

22   portions of the Declaration of James A. Daire ("Daire Decl.") in support of its opposition and

23   Exhibits D-H thereto.

24         The plaintiff's reques is based–in large part–on the defendants' designation of the material as

25   "Confidential and/or Highly Confidential – Attorneys' Eyes Only" under the terms of the Protective

26   Order.  Dkt. No. 82 at 1.  Under the local rule, however, "[a] stipulation, or a blanket protective

27   order that allows a party to designate documents as sealable, will not suffice to allow the filing of

28

ORDER DENYING ADMINISTRATIVE MOTION FOR ORDER PERMITTING THE FILING UNDER SEAL OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO STAY AND RELATED DOCUMENTS—No. C-12-03451 RMW
ALG

1  documents under seal" for that reason alone.  Civ. L.R. 79-5(a).  With respect to the documents

2  designated by defendants as confidential in the protective order, the court does not believe that they

3  are in fact "privileged or protectable as a trade secret or otherwise entitled to protection under the

4  law."  *Id.*  Moreover, the court has already denied defendants' motion to seal the vast majority of this

5  material in its earlier sealing motions.  *See* Dkt. Nos. 90, 91, 97, 98.

6         With respect to Exhibit F to the Daire Decl., the court does not believe that Realtek's request

7  for a RAND license proposal from defendants after the ITC litigation commenced is confidential for

8  the purposes of this motion.

9         The court has already permitted the filing under seal of Exhibit G to the Daire Decl.

10        <u>The court hereby</u>:

11        1. DENIES Realtek's motion to seal the designated portions of its Opposition to Defendants'

12  Motion to Stay;

13        2. DENIES Realtek's motion to seal designated portions of the Declaration of James A. Daire

14  ("Daire Decl.") in support of its opposition and Exhibits D-F and H thereto; and

15        3. GRANTS Realtek's motion to seal Exhibit G to the Daire Decl.

16        In the event the defendant's failure to file the required declaration was in error, or Realtek

17  can offer a narrowly tailored sealing request explaining why its designated materials are in fact

18  "privileged or protectable as a trade secret or otherwise entitled to protection under the law," the

19  court gives the parties until May 29, 2013 to file a narrowly tailored proposed sealing request with

20  respect to the documents above. Otherwise, the proposed filings not sealed above will be made part

21  of the public record.

22

23

24  DATED:  May 21, 2013

   *Ronald M. Whyte*

   RONALD M. WHYTE
25  United States District Judge

26

27

28

**United States District Court**
**For the Northern District of California**