1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| REALTEK SEMICONDUCTOR CORPORATION, | Case No. C 12-03451 RMW |
|---|---|
| Plaintiff, | **ORDER DENYING PLAINTIFF REALTEK SEMICONDUCTOR CORPORATION'S ADMINISTRATIVE MOTION TO AMEND THE CASE MANAGEMENT ORDER (AND GRANTING SHORT EXTENSION)** |
| v. | |
| LSI CORPORATION, et al., | |
| Defendants. | |

1  Upon consideration of the pleadings and papers of the parties, the court DENIES Plaintiff
2  Realtek Semiconductor Corporation's Administrative Motion to Amend the Case Management
3  Order. However, due to the timing of this order in relation to the original deadline of May 24th,
4  2013, the court grants Realtek a short extension until May 29th, 2013 to file the Initial Expert
5  Reports. No other dates in the Case Management Order are changed. In the event that the
6  remaining license agreements produced by LSI or the content of the Abhi Talwalkar deposition
7  require any change to Realtek's Initial Expert Reports, Realtek may amend the initial expert
8  reports on or before June 10, 2013.

**IT IS SO ORDERED.**

DATED: May 23, 2013

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United Stated District Judge