Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Adrian Sue Shin (SBN 256960)
Email: sshin@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Steven S. Baik (SBN 184622)
Email: sbaik@reedsmith.com
Carina M. Tan (SBN 185015)
carinatan@reedsmith.com
REED SMITH LLP
1510 Page Mill Road, Suite 110
Palo Alto, CA 94304
Tel: (650) 352-0500
Fax: (650) 352-0699

Attorneys for Plaintiff
REALTEK SEMICONDUCTOR CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LSI CORPORATION and AGERE SYSTEMS LLC,<br><br>　　　　　　　Defendants. | Case No. 5:12-cv-03451 RMW<br><br>**ADMINISTRATIVE MOTION TO SET $10,000 BOND PURSUANT TO ISSUANCE OF PRELIMINARY INJUNCTION (Fed.R.Civ.P. 65(c))** |

Pursuant to Federal Rule of Civil Procedure 65(c) and Civil Local Rule 7-11, plaintiff Realtek Semiconductor Corporation ("Realtek") seeks an administrative order setting the amount of the bond pursuant to the Court's May 20, 2013 preliminary injunction at $10,000.

Good cause exists for this motion.  On May 20, 2013, this Court entered an "Order Granting Plaintiff Realtek Semiconductor Corporation's Motion For Partial Summary Judgment And Denying Defendants LSI Corporation And Agere Systems LCC's Motion To Stay."  (Dkt. No. 102)  The Order states that the Court "GRANTS Realtek's request for a preliminary injunction barring defendants from enforcing any exclusion order or injunctive relief by the ITC, which shall remain in effect until this court has determined defendants' RAND obligations and defendants have complied therewith …."  (*Id.* at 15)

The Court did not set a bond in any amount, either in its Order or by separate docket entry.  Federal Rule of Civil Procedure 65(c), however, states that "[t]he court may issue a preliminary injunction or a temporary restraining order only if the movant gives security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained."

On May 24, 2013, Defendants filed a notice of appeal from the May 20 order.  (Dkt. No. 108)  Realtek believes Defendants will suffer no costs or damages in the event of a finding that that they were wrongfully enjoined or restrained.  In the event that the appeal proceeds, however, and to remove any issue concerning compliance with Rule 65(c), Realtek asks this Court to issue a separate order setting the bond amount at $10,000, and requiring Realtek to post the bond within 10 days of the entry of the order.

Realtek notes, pursuant to Local Rule 7-11, that it has not succeeded in obtaining a stipulation from Defendants concerning the amount of the bond.  As the Court may know, on May 24, 2013, Defendants filed a notice of appeal from the May 20 Order.  Upon obtaining a copy of that Notice, and on May 28, 2013, Realtek wrote Defendants' counsel, informing Defendants of a potential issue with appealability, asking Defendants to stipulate to a $10,000 bond, and informing Defendants in the absence of such a stipulation that Realtek would proceed with this motion.

Case No. 5:12-CV-03451 RMW  – 1 –
ADMINISTRATIVE MOTION TO SET $10,000 BOND PURSUANT TO ISSUANCE OF PRELIMINARY INJUNCTION (Fed.R.Civ.P. 65(c))

Defendants did not respond, which explains why Realtek is filing this motion.  (*See* accompanying Declaration of James Daire & Ex. A)

DATED:  May 28, 2013.

REED SMITH LLP

By  */s/ James A. Daire*
James A. Daire
Attorneys for Plaintiff
Realtek Semiconductor Corporation