1
2
3
4
5
6
7
8
9
10

11 UNITED STATES DISTRICT COURT

12 FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 SAN JOSE DIVISION

| | |
|---|---|
| 14 REALTEK SEMICONDUCTOR CORPORATION, | Case No. C 12-03451 RMW |
| 15 | **STIPULATION AND [] ORDER EXTENDING TIME FOR REBUTTAL EXPERT REPORTS** |
| 16 Plaintiff, | |
| 17 v. | |
| 18 LSI CORPORATION, et al., | |
| 19 Defendant. | |

20
21
22
23
24
25
26
27
28

STIPULATION AND [] ORDER EXTENDING TIME FOR
REBUTTAL EXPERT REPORTS
CASE NO. C 12-03451 RMW

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

WHEREAS on May 23, 2013, the Court entered its Order Denying Plaintiff Realtek Semiconductor Corporation's Administrative Motion to Amend the Case Management Order (And Granting Short Extension) in which it granted Plaintiff a short extension until May 29, 2013, to serve its Initial Expert Reports.

WHEREAS the Court's Order states that no other dates in the Case Management Order are changed.

WHEREAS Defendants request to extend the Rebuttal Expert Report Deadline by three (3) days, from June 21, 2013, to June 24, 2013, and Plaintiff does not oppose this request.

WHEREAS the parties' stipulation does not affect any other date already fixed by Court order, including the Case Management Order, and does not accelerate or extend any other time frames set in the Local Rules or in the Federal Rules.

IT IS STIPULATED by the parties that:

- Rebuttal Expert Reports are due on June 24, 2013.

Respectfully submitted,

Dated: June 5, 2013    REED SMITH LLP

By: /s/ *William R. Overend*
    Scott D. Baker
    William R. Overend
    James A. Daire
    Adrian Sue Shin

Attorneys for Plaintiff
REALTEK SEMICONDUCTOR CORPORATION

Dated: June 5, 2013    KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ *Robert J. Artuz*
    David E. Sipora
    Robert J. Artuz
    Charles A. Pannell, III

Attorneys for Defendants
LSI CORPORATION and AGERE SYSTEMS LLC

<u>Filer's Attestation</u>

Pursuant to Civil Local Rule 5-1(i)(3), Robert J. Artuz, hereby attests that the above-named signatories concur in this filing.

DATED: June 5, 2013

                                             /s/ *Robert J. Artuz*
                                             Robert J. Artuz

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: June 6, 2013

*Ronald M. Whyte*

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [] ORDER EXTENDING TIME FOR
REBUTTAL EXPERT REPORTS
CASE NO. C 12-03451 RMW

2