1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| REALTEK SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION, et al.,<br><br>Defendants. | Case No. C 12-03451 RMW<br><br>**ORDER DENYING MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER SHORTENING BRIEFING SCHEDULE**<br><br>**Re: Dkt. No. 113** |
|---|---|

Defendants LSI Corporation and Agere Systems LLC's Miscellaneous Administrative Request a shortened briefing schedule for their Motion for Certification pursuant to Civil Local Rule 7-11 on the basis that the Ninth Circuit will hear their appeal of this court's preliminary injunction on an expedited basis, and defendants wish to seek consolidation of the appeals. Dkt. No. 113. However, Realtek moved to dismiss the defendants' appeal of this court's preliminary injunction on the basis that the preliminary injunction does not go into effect unless or until the ITC enters an exclusion order with respect to the accused products. Accordingly, under Ninth Circuit Rule 27-11, the briefing schedule with respect to defendants' appeal of this court's preliminary injunction is stayed pending the circuit court's disposition of Realtek's motion to dismiss. The court thus finds no basis to expedite the briefing schedule with respect to defendants' Motion for Certification, and the motion will proceed pursuant to the deadlines set by Civil Local Rule 7-3.

If the Court of Appeals denies Realtek's motion to dismiss defendants' appeal, defendants can renew their motion for an expedited briefing schedule on the Motion for Certification if it has not yet been ruled on by this court.

**IT IS SO ORDERED.**

DATED: June 6, 2013

_____
Honorable Ronald M. Whyte
United Stated District Judge