**E-FILED on** 7/3/13

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION and AGERE SYSTEMS LLC,<br><br>Defendants. | No. C-12-3451 RMW<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO SET $10,000 BOND PURSUANT TO ISSUANCE OF PRELIMINARY INJUNCTION (Fed. R. Civ. P. 65(c))**<br><br>[Re: Dkt. Nos. 110, 114] |

Plaintiff Realtek Semiconductor Corporation ("Realtek") filed an administrative motion to set a $10,000 bond pursuant to the court's issuance of a preliminary injunction in its May 20, 2013 Order (Dkt. No. 102). Admin. Mot., Dkt. No. 110. The court agrees with Realtek that a bond is required under Federal Rule of Civil Procedure ("Rule") 65(c). Defendants do not oppose the appropriateness of a bond, but respond that they "are currently unable to determine those 'costs and damages sustained by any party found to have been wrongfully enjoined or restrained.'" Response 2, Dkt. No. 114 (quoting Rule 65(c)).

The court GRANTS Realtek's administrative motion. Because defendants do not propose

another amount, the court sets the amount of the bond pursuant to the preliminary injunction at $10,000. The court sets the bond without prejudice to defendants to seek an increase in the amount of the bond should defendants establish that they would incur costs and damages in excess of $10,000. Realtek is ordered to post the bond within ten days of the entry of this order.

DATED:  July 3, 2013

/s/ Ronald M. Whyte

RONALD M. WHYTE

United States District Judge