| | |
|---|---|
| Scott D. Baker (SBN 84923) | KILPATRICK TOWNSEND & STOCKTON LLP |
| Email: sbaker@reedsmith.com | DAVID E. SIPIORA (State Bar No. 124951) |
| William R. Overend (SBN 180209) | 1400 Wewatta Street, Suite 600 |
| Email: woverend@reedsmith.com | Denver, CO 80202-5556 |
| Adrian Sue Shin (SBN 256960) | Telephone: (303) 571-4000 |
| Email: sshin@reedsmith.com | Facsimile:  (303) 571-4321 |
| James A. Daire (SBN 239637) | Email:    dsipiora@kilpatricktownsend.com |
| Email: jdaire@reedsmith.com | |
| REED SMITH LLP | KILPATRICK TOWNSEND & STOCKTON LLP |
| 101 Second Street, Suite 1800 | ROBERT J. ARTUZ (State Bar No. 227789) |
| San Francisco, CA 94105-3659 | 1080 Marsh Road |
| Telephone:  (415) 543-8700 | Menlo Park, CA 94025 |
| Facsimile:  (415) 391-8269 | Telephone: (650) 326-2400 |
| | Facsimile:  (650) 326-2422 |
| Steven S. Baik (SBN 184622) | Email:    rartuz@kilpatricktownsend.com |
| Email: sbaik@reedsmith.com | |
| Carina M. Tan (SBN 185015) | KILPATRICK TOWNSEND & STOCKTON LLP |
| carinatan@reedsmith.com | CHARLES A. PANNELL, III  (Appearing Pro Hac Vice) |
| REED SMITH LLP | 1100 Peachtree St. |
| 1510 Page Mill Road, Suite 110 | Atlanta, GA 30309 |
| Palo Alto, CA 94304 | Telephone:  (404) 745-2494 |
| Tel:  (650) 352-0500 | Facsimile:  (404) 541-4668 |
| Fax:  (650) 352-0699 | Email: cpannell@kilpatricktownsend.com |
| Attorneys for Plaintiff | Attorneys for Defendants LSI CORPORATION and AGERE SYSTEMS LLC |
| REALTEK SEMICONDUCTOR CORPORATION | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION, | Case No. 5:12-cv-03451 RMW |
| Plaintiff, | **STIPULATION AND []  ORDER TO AMEND CASE MANAGEMENT ORDER** |
| vs. | |
| LSI CORPORATION and AGERE SYSTEMS LLC, | |
| Defendants. | |

Plaintiff Realtek Semiconductor Corporation ("Realtek") and Defendants LSI Corporation and Agere Systems LLC ("Defendants") (collectively, "the parties") hereby stipulate to amend the deadline for expert depositions in this case.

1. The parties agree to the following new deadline for expert depositions:

| Deadline | Current Date | New Date |
| --- | --- | --- |
| Close of Expert Discovery | July 19, 2013 | August 1, 2013 |

2. The parties' stipulation does not affect any other date already fixed by Court order, including the Case Management Order, and does not accelerate or extend any other time frames set in the Local Rules or in the Federal Rules.

3. In particular, the deadlines for dispositive motions and hearing, the trial date, and all other pre-trial dates under the Court's Standing Order and the Case Management remain the same. The Court and the parties have previously adjusted the deadlines for initial and rebuttal expert reports, but there have been no changes to any trial or pre-trial dates in this case.

4. Good cause exists to amend the Case Management Order.  The parties have agreed to take certain expert witness depositions after the current close of discovery to accommodate the schedules and locations of the various witnesses.

Case No. 5:12-CV-03451 RMW   – 1 –
STIPULATION AND [] ORDER TO AMEND CASE MANAGEMENT ORDER

1  DATED:  July 15 , 2013.
                                    Respectfully Submitted,

                                    REED SMITH LLP


                                    By      /s/ *James A. Daire*                         
                                        James A. Daire
                                        Attorney for Plaintiff
                                        REALTEK SEMICONDUCTOR CORPORATION


                                    KILPATRICK TOWNSEND & STOCKTON LLP


                                    By      /s/ *Robert J. Artuz*                        
                                        David E. Sipiora
                                        Robert J. Artuz
                                        Attorneys for Defendants
                                        LSI CORPORATION and
                                        AGERE SYSTEMS LLC.

                                        * *Filer's Attestation: Pursuant to Civil Local Rule
                                        5-1(i) regarding signatures, James A. Daire hereby
                                        attests that concurrence in the filing of this
                                        document has been obtained.*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____        /s/ Ronald M. Whyte
                                 _____
                                 HON. RONALD M. WHYTE
                                 UNITED STATES DISTRICT JUDGE