# EXHIBIT A

**EXHIBIT A**

Realtek hereby identifies the excerpts of deposition testimony and other discovery that it intends to offer at trial, other than solely for purposes of impeachment or rebuttal. Realtek does not waive its right to object (i) to the witness or to the use of testimony from a witness if the witness is called by LSI Corporation and/or Agere Systems LLC (collectively, "Defendants"), or (ii) to the use of the discovery response or disclosure if offered by Defendants. Realtek reserves the right to amend or supplement its designations of deposition testimony or other discovery, including in response to any evidence offered by Defendants at trial and/or on the basis of any information or documents obtained from discovery which has not yet been completed. Realtek also reserves the right to designate testimony from any witness on Defendants' list of deposition designations and to offer any other discovery identified by Defendants.

1. **Realtek's Disclosure of Deposition Testimony for Offer at Trial on or after November 4, 2013**

The excerpts of deposition testimony that Realtek intends to offer at trial, other than solely for purposes of impeachment or rebuttal, are identified in the chart below. Pursuant to the Standing Order Re: Pretrial Preparation of the Honorable District Judge Ronald M. Whyte, Plaintiff shall lodge with the Court and serve on LSI Corporation and Agere Systems LLC copies of these deposition transcripts that have been highlighted to identify the designated testimony. Objections and instructions have sometimes been included for ease of reading, but are not designated.

| Witness | Date | Realtek's Designations | Defendants' Objections to Designations | Defendants' Counter-designations | Realtek's Objections to Counter-designations |
|---|---|---|---|---|---|
| Phillips, Ryan | 1/22/13 | 6:6-8 | | | |
| Phillips, Ryan | 1/22/13 | 9:10-13 | | | |
| Phillips, Ryan | 1/22/13 | 13:20 – 15:1 | | | |
| Phillips, Ryan | 1/22/13 | 18:20 – 19:1; 19:3-10 | | | |
| Phillips, Ryan | 1/22/13 | 20:14 – 21:15 | | | |
| Phillips, Ryan | 1/22/13 | 37:14 – 38:13 | | | |
| Phillips, Ryan | 1/22/13 | 42:13 – 44:10 | | | |
| Phillips, Ryan | 1/22/13 | 57:20 – 60:6 | | | |

| Witness | Date | Realtek's Designations | Defendants' Objections to Designations | Defendants' Counter-designations | Realtek's Objections to Counter-designations |
|---|---|---|---|---|---|
| Phillips, Ryan | 1/22/13 | 61:23 – 62:17; 62:19 - 63:11 | | | |
| Phillips, Ryan | 1/22/13 | 64:5-24 | | | |
| Phillips, Ryan | 1/22/13 | 70:12-18 | | | |
| Phillips, Ryan | 1/22/13 | 71:4-21; 72:1-21; 72:25 – 74:19; 74:21 - 75:12 | | | |
| Phillips, Ryan | 1/22/13 | 76:24 – 78:11; 78:13-14 | | | |
| Phillips, Ryan | 1/22/13 | 80:6 – 81:3 | | | |
| Phillips, Ryan | 1/22/13 | 81:14-25 | | | |
| Phillips, Ryan | 1/22/13 | 82:22 – 84:15 | | | |
| Phillips, Ryan | 1/22/13 | 86:21-24 | | | |
| Phillips, Ryan | 1/22/13 | 91:5-14; 91:16-24;  92:1-3 | | | |
| Phillips, Ryan | 1/22/13 | 93:11 – 94:10 | | | |
| Phillips, Ryan | 1/22/13 | 95:10-24 | | | |
| Phillips, Ryan | 1/22/13 | 98:18-24;  – 99:1-2 | | | |
| Phillips, Ryan | 1/22/13 | 99:11 – 101:12 | | | |
| Phillips, Ryan | 1/22/13 | 102:13-20 | | | |
| Phillips, Ryan | 1/22/13 | 103:6-22 | | | |
| Phillips, Ryan | 1/22/13 | 107:19 – 113:14; 113:16-17 | | | |
| Phillips, Ryan | 1/22/13 | 114:2 – 116:10 | | | |
| Phillips, Ryan | 1/22/13 | 118:4-17 | | | |
| Phillips, Ryan | 1/22/13 | 121:5-11; 121:17 – 122:5 | | | |
| Phillips, Ryan | 1/22/13 | 124:1-11 | | | |
| Phillips, Ryan | 1/22/13 | 125:17 – 126:11 | | | |
| Phillips, Ryan | 1/22/13 | 127:17 – 128:5; 128:11 – 129:15 | | | |
| Phillips, Ryan | 1/22/13 | 131:7-10 | | | |
| Phillips, Ryan | 1/22/13 | 131:22 – 132:4 | | | |

| Witness | Date | Realtek's Designations | Defendants' Objections to Designations | Defendants' Counter-designations | Realtek's Objections to Counter-designations |
|---|---|---|---|---|---|
| Phillips, Ryan | 1/22/13 | 132:24 – 133:5; 133:7-17 | | | |
| Phillips, Ryan | 1/22/13 | 134:9 – 135:18 | | | |
| Phillips, Ryan | 1/22/13 | 135:22 – 136:15 | | | |
| Phillips, Ryan | 1/22/13 | 140:8-13; 140:16 – 143:19; 143:21 - 144:4; 144:7-19 | | | |
| Phillips, Ryan | 1/22/13 | 145:1-16 | | | |
| Phillips, Ryan | 1/22/13 | 146:9-24 | | | |
| Phillips, Ryan | 1/22/13 | 148:10-12; 148:16-19 | | | |
| Phillips, Ryan | 1/22/13 | 149:16 – 150:21 | | | |
| Phillips, Ryan | 1/22/13 | 153:25 – 155:16; 155:18 - 158:4 | | | |
| Phillips, Ryan | 1/22/13 | 158:11 – 160:17; 160:19 - 161:19 | | | |
| Phillips, Ryan | 1/22/13 | 162:17-24; 163:1-4 | | | |
| Phillips, Ryan | 1/22/13 | 163:8-16 | | | |
| Phillips, Ryan | 1/22/13 | 171:18 – 172:2; 172:17-18 | | | |
| Phillips, Ryan | 1/22/13 | 173:3 – 174:16; 174:18 - 175:24; 176:2-6; 176:8-22; 176:24 – 177:6; 177:15 – 178:3; 178:5-21 | | | |
| Phillips, Ryan | 1/22/13 | 181:16 – 182:12; 182:21 – 184:17; 184:20-25; 185:2 – 186:15; 186:18 – 188:9; 188:12-25 (to "obligation") | | | |
| Phillips, Ryan | 1/22/13 | 189:4-23; 190:5-16; 190:18 – 191:7 | | | |
| Phillips, Ryan | 1/22/13 | 191:12-16 | | | |
| Phillips, Ryan | 1/22/13 | 192:4-22 | | | |

| Witness | Date | Realtek's Designations | Defendants' Objections to Designations | Defendants' Counter-designations | Realtek's Objections to Counter-designations |
|---|---|---|---|---|---|
| Phillips, Ryan | 1/22/13 | 194:16-25 | | | |
| Phillips, Ryan | 1/22/13 | 195:1-9 | | | |
| Phillips, Ryan | 1/22/13 | 196:2-10 | | | |
| | | | | | |
| Salute, Michael | 09/11/12 | 10:8-10:25 | | | |
| Salute, Michael | 09/11/12 | 66:2-66:7 | | | |
| Salute, Michael | 09/11/12 | 130:15-16; 130:18 | | | |
| Salute, Michael | 09/11/12 | 130:20-131:6 | | | |
| Salute, Michael | 09/11/12 | 131:22-132:4 | | | |
| Salute, Michael | 09/11/12 | 181:21-22; 181:24-182:3 | | | |
| Salute, Michael | 09/11/12 | 191:24-192:2 | | | |
| | | | | | |
| Salute, Michael | 09/12/12 | 249:12-15 | | | |
| Salute, Michael | 09/12/12 | 333:16-18; 333:23-334:2 | | | |
| Salute, Michael | 09/12/12 | 358:2-358:9 | | | |
| Salute, Michael | 09/12/12 | 364:23-365:21 | | | |
| Salute, Michael | 09/12/12 | 365:24-366:8 | | | |
| Salute, Michael | 09/12/12 | 372:10-12; 372:18 | | | |
| | | | | | |
| Salute, Michael | 09/13/12 | 522:25-523:3; 523:5-523:6 | | | |
| Salute, Michael | 09/13/12 | 530:14-530:17 | | | |
| Salute, Michael | 09/13/12 | 532:22-532:24 | | | |
| Salute, Michael | 09/13/12 | 533:2-533:25 | | | |
| Salute, Michael | 09/13/12 | 534:15-534:17; 534:24 | | | |
| Salute, Michael | 09/13/12 | 534:25-535:1; 535:5 | | | |
| Salute, Michael | 09/13/12 | 535:6; 535:9 | | | |

| Witness | Date | Realtek's Designations | Defendants' Objections to Designations | Defendants' Counter-designations | Realtek's Objections to Counter-designations |
|---|---|---|---|---|---|
| Salute, Michael | 09/13/12 | 538:24-539:2; 539:5 | | | |
| Salute, Michael | 09/13/12 | 539:6-539:9 | | | |
| Salute, Michael | 09/13/12 | 547:18-547:20; 547:22-547:23 | | | |
| | | | | | |
| Salute, Michael | 01/29/13 | 6:1-6:12 | | | |
| Salute, Michael | 01/29/13 | 8:11-8:25 | | | |
| Salute, Michael | 01/29/13 | 9:6-9:21 | | | |
| Salute, Michael | 01/29/13 | 22:6-22:8; 22:11 | | | |
| Salute, Michael | 01/29/13 | 22:13; 22:15 | | | |
| Salute, Michael | 01/29/13 | 22:17; 22:19-21 | | | |
| Salute, Michael | 01/29/13 | 22:23; 22:25-23:1 | | | |
| Salute, Michael | 01/29/13 | 23:22-24:1 | | | |
| Salute, Michael | 01/29/13 | 24:3; 24:5 | | | |
| Salute, Michael | 01/29/13 | 29:16-29:17; 29:20 | | | |
| Salute, Michael | 01/29/13 | 72:9-72:11; 72:13-22 | | | |
| Salute, Michael | 01/29/13 | 75:22-76:16 | | | |
| Salute, Michael | 01/29/13 | 77:2-77:8; 77:10 | | | |
| Salute, Michael | 01/29/13 | 77:12-77:18 | | | |
| Salute, Michael | 01/29/13 | 83:4-83:6; 83:8-83:9 | | | |
| Salute, Michael | 01/29/13 | 85:9-85:16 | | | |
| Salute, Michael | 01/29/13 | 88:24-89:3; 89:5-89:8 | | | |
| Salute, Michael | 01/29/13 | 90:15-90:17; 90:20-90:22 | | | |
| Salute, Michael | 01/29/13 | 91:1-91:2; 91:5-91:6 | | | |
| Salute, Michael | 01/29/13 | 91:8-91:10; 91:13-91:15 | | | |
| Salute, Michael | 01/29/13 | 91:17-91:24 | | | |

| Witness | Date | Realtek's Designations | Defendants' Objections to Designations | Defendants' Counter-designations | Realtek's Objections to Counter-designations |
|---|---|---|---|---|---|
| Salute, Michael | 01/29/13 | 93:17-93:19; 93:23-94:3 | | | |
| Salute, Michael | 01/29/13 | 94:5-94:8 | | | |
| Salute, Michael | 01/29/13 | 94:17-94:19; 94:22-94:23 | | | |
| Salute, Michael | 01/29/13 | 94:25-95:1; 95:4-95:6 | | | |
| Salute, Michael | 01/29/13 | 95:8-95:11; 95:14-95:15 | | | |
| Salute, Michael | 01/29/13 | 96:16-96:23 | | | |
| Salute, Michael | 01/29/13 | 97:21-97:22; 97:24-98:2 | | | |
| Salute, Michael | 01/29/13 | 98:4-98:5; 98:7 | | | |
| Salute, Michael | 01/29/13 | 103:2-104:3 | | | |
| Salute, Michael | 01/29/13 | 112:1-112:19 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Talwalkar, Abhi | 5/30/13 | 6:10-6:17 | | | |
| Talwalkar, Abhi | 5/30/13 | 10:2-10:7 | | | |
| Talwalkar, Abhi | 5/30/13 | 10:21-11:10 | | | |
| Talwalkar, Abhi | 5/30/13 | 11:17-12:20 | | | |
| Talwalkar, Abhi | 5/30/13 | 13:19-13:23 | | | |
| Talwalkar, Abhi | 5/30/13 | 14:4-14:12 | | | |
| Talwalkar, Abhi | 5/30/13 | 21:17-21:21 | | | |
| Talwalkar, Abhi | 5/30/13 | 25:6-25:20 | | | |
| Talwalkar, Abhi | 5/30/13 | 26:4-27:17 | | | |
| Talwalkar, Abhi | 5/30/13 | 27:19-28:2 | | | |
| Talwalkar, Abhi | 5/30/13 | 29:3-29:21 | | | |
| Talwalkar, Abhi | 5/30/13 | 29:23-29:25 | | | |
| Talwalkar, Abhi | 5/30/13 | 30:2-31:15; 31:17 | | | |

| Witness | Date | Realtek's Designations | Defendants' Objections to Designations | Defendants' Counter-designations | Realtek's Objections to Counter-designations |
|---|---|---|---|---|---|
| Talwalkar, Abhi | 5/30/13 | 32:16-33:6; 33:8 | | | |
| Talwalkar, Abhi | 5/30/13 | 34:2-34:15 | | | |
| Talwalkar, Abhi | 5/30/13 | 35:20-37:8 | | | |
| Talwalkar, Abhi | 5/30/13 | 37:10-37:24 | | | |
| Talwalkar, Abhi | 5/30/13 | 40:3-40:4 | | | |
| Talwalkar, Abhi | 5/30/13 | 40:7-41:9 | | | |
| Talwalkar, Abhi | 5/30/13 | 42:9-43:3 | | | |
| Talwalkar, Abhi | 5/30/13 | 43:12-13 | | | |
| Talwalkar, Abhi | 5/30/13 | 43:16-23 | | | |
| Talwalkar, Abhi | 5/30/13 | 44:15-45:1 | | | |
| Talwalkar, Abhi | 5/30/13 | 45:20-21; 45:23 | | | |
| Talwalkar, Abhi | 5/30/13 | 45:25-46:4 | | | |
| Talwalkar, Abhi | 5/30/13 | 46:6-47:13 | | | |
| Talwalkar, Abhi | 5/30/13 | 48:15-50:3 | | | |
| Talwalkar, Abhi | 5/30/13 | 50:24-51:2; 51:4-7 | | | |
| | | | | | |
| Waskiewicz, Warren | 04/24/08 | 147:17-148:9 | | | |
| Waskiewicz, Warren | 04/24/08 | 148:25-149:6 | | | |
| Waskiewicz, Warren | 04/24/08 | 154:10-154:21 | | | |
| Waskiewicz, Warren | 04/24/08 | 155:23-156:7 | | | |
| Waskiewicz, Warren | 04/24/08 | 211:12-212:25 | | | |
| Waskiewicz, Warren | 04/24/08 | 213:6-213:15 | | | |
| Waskiewicz, Warren | 04/24/08 | 215:3-216:12 | | | |
| Waskiewicz, Warren | 04/24/08 | 227:24-229:22 | | | |
| Waskiewicz, Warren | 04/24/08 | 234:9-235:6 | | | |
| Waskiewicz, Warren | 04/24/08 | 237:2-237:22 | | | |

| Witness | Date | Realtek's Designations | Defendants' Objections to Designations | Defendants' Counter-designations | Realtek's Objections to Counter-designations |
|---|---|---|---|---|---|
| Waskiewicz, Warren | 04/24/08 | 239:13-240:9 | | | |
| Waskiewicz, Warren | 04/24/08 | 249:23-255:17 | | | |
| Waskiewicz, Warren | 04/24/08 | 280:11-281:6 | | | |
| Waskiewicz, Warren | 04/24/08 | 324:1-327:16 | | | |
| Waskiewicz, Warren | 04/24/08 | 382:5-382:19 | | | |
| Waskiewicz, Warren | 04/24/08 | 385:14-386:9 | | | |
| Waskiewicz, Warren | 04/24/08 | 387:1-387:9 | | | |
| Waskiewicz, Warren | 04/24/08 | 393:21-397:20 | | | |
| Waskiewicz, Warren | 04/24/08 | 400:21-401:8 | | | |
| | | | | | |
| | | | | | |
| Waskiewicz, Warren | 09/7/12 | 59:8-25 | | | |
| Waskiewicz, Warren | 09/7/12 | 61:22-62:1 | | | |
| Waskiewicz, Warren | 09/7/12 | 117:15-118:1 | | | |
| Waskiewicz, Warren | 09/7/12 | 140:7-142:12 | | | |
| Waskiewicz, Warren | 09/7/12 | 143:5-143:18 | | | |
| Waskiewicz, Warren | 09/7/12 | 143:20-144:8 | | | |
| Waskiewicz, Warren | 09/7/12 | 148:15-148:19 | | | |
| Waskiewicz, Warren | 09/7/12 | 149:12-149:18 | | | |
| Waskiewicz, Warren | 09/7/12 | 151:14-152:2 | | | |
| Waskiewicz, Warren | 09/7/12 | 164:14-166:18 | | | |
| Waskiewicz, Warren | 09/7/12 | 167:16-168:13 | | | |
| Waskiewicz, Warren | 09/7/12 | 170:13-172:24 | | | |
| Waskiewicz, Warren | 09/7/12 | 173:14-173:24 | | | |
| Waskiewicz, Warren | 09/7/12 | 189:12-191:17 | | | |
| Waskiewicz, Warren | 09/7/12 | 208:12-208:24 | | | |

| Witness | Date | Realtek's Designations | Defendants' Objections to Designations | Defendants' Counter-designations | Realtek's Objections to Counter-designations |
|---|---|---|---|---|---|
| Waskiewicz, Warren | 09/7/12 | 212:19-213:7 | | | |
| Waskiewicz, Warren | 09/7/12 | 213:12-213:18 | | | |
| Waskiewicz, Warren | 09/7/12 | 214:8-214:9; 214:17-215:5 | | | |
| Waskiewicz, Warren | 09/7/12 | 216:2-216:11 | | | |
| Waskiewicz, Warren | 09/7/12 | 217:14-220:25 | | | |
| Waskiewicz, Warren | 09/7/12 | 224:9-225:25 | | | |
| Waskiewicz, Warren | 09/7/12 | 227:10-231:17 | | | |
| Waskiewicz, Warren | 09/7/12 | 235:3-236:3 | | | |
| Waskiewicz, Warren | 09/7/12 | 239:6-239:23 | | | |
| Waskiewicz, Warren | 09/7/12 | 241:8-244:25 | | | |
| Waskiewicz, Warren | 09/7/12 | 246:14-247:5 | | | |
| Waskiewicz, Warren | 09/7/12 | 248:17-249:14 | | | |
| Waskiewicz, Warren | 09/7/12 | 251:4-252:12 | | | |
| Waskiewicz, Warren | 09/7/12 | 252:23-253:12 | | | |
| | | | | | |
| Waskiewicz, Warren | 01/31/13 | 6:5-6:6 | | | |
| Waskiewicz, Warren | 01/31/13 | 6:13-6:24 | | | |
| Waskiewicz, Warren | 01/31/13 | 13:9-13:18 | | | |
| Waskiewicz, Warren | 01/31/13 | 13:22-13:24 | | | |
| Waskiewicz, Warren | 01/31/13 | 16:13-17:4 | | | |
| Waskiewicz, Warren | 01/31/13 | 18:8-20:23 | | | |
| Waskiewicz, Warren | 01/31/13 | 21:1-21:15 | | | |
| Waskiewicz, Warren | 01/31/13 | 21:23-21:25 | | | |
| Waskiewicz, Warren | 01/31/13 | 33:16-34:14 | | | |
| Waskiewicz, Warren | 01/31/13 | 36:16-36:20 | | | |
| Waskiewicz, Warren | 01/31/13 | 36:25-37:9 | | | |

| Witness | Date | Realtek's Designations | Defendants' Objections to Designations | Defendants' Counter-designations | Realtek's Objections to Counter-designations |
|---|---|---|---|---|---|
| Waskiewicz, Warren | 01/31/13 | 37:23-39:10 | | | |
| Waskiewicz, Warren | 01/31/13 | 40:2-40:14 | | | |
| Waskiewicz, Warren | 01/31/13 | 41:11-41:22 | | | |
| Waskiewicz, Warren | 01/31/13 | 42:12-42:21 | | | |
| Waskiewicz, Warren | 01/31/13 | 46:15-46:22 | | | |
| Waskiewicz, Warren | 01/31/13 | 49:13-49:23 | | | |
| Waskiewicz, Warren | 01/31/13 | 50:11-50:12 | | | |
| Waskiewicz, Warren | 01/31/13 | 50:15-52:16 | | | |
| Waskiewicz, Warren | 01/31/13 | 53:4-54:7 | | | |
| Waskiewicz, Warren | 01/31/13 | 59:24-60:1 | | | |
| Waskiewicz, Warren | 01/31/13 | 60:15-60:25 | | | |
| Waskiewicz, Warren | 01/31/13 | 62:19-66:14 | | | |
| Waskiewicz, Warren | 01/31/13 | 68:20-69:14 | | | |
| Waskiewicz, Warren | 01/31/13 | 70:1-70:15 | | | |
| Waskiewicz, Warren | 01/31/13 | 70:20-71:8 | | | |
| Waskiewicz, Warren | 01/31/13 | 71:12-71:19 | | | |
| Waskiewicz, Warren | 01/31/13 | 72:2-73:25 | | | |
| Waskiewicz, Warren | 01/31/13 | 76:20-78:7 | | | |
| Waskiewicz, Warren | 01/31/13 | 78:18-79:18 | | | |
| Waskiewicz, Warren | 01/31/13 | 80:12-85:17 | | | |
| Waskiewicz, Warren | 01/31/13 | 86:14-86:18 | | | |
| Waskiewicz, Warren | 01/31/13 | 87:16-88:5 | | | |
| Waskiewicz, Warren | 01/31/13 | 89:9-90:6 | | | |
| Waskiewicz, Warren | 01/31/13 | 92:11-92:24 | | | |
| Waskiewicz, Warren | 01/31/13 | 93:1-93:20 | | | |
| Waskiewicz, Warren | 01/31/13 | 95:14-96:2 | | | |

US_ACTIVE-114534391.1-WOVEREND

| Witness | Date | Realtek's Designations | Defendants' Objections to Designations | Defendants' Counter-designations | Realtek's Objections to Counter-designations |
|---|---|---|---|---|---|
| Waskiewicz, Warren | 01/31/13 | 99:23-100:1 | | | |
| Waskiewicz, Warren | 01/31/13 | 101:4-101:8 | | | |
| Waskiewicz, Warren | 01/31/13 | 106:4-106:23 | | | |
| Waskiewicz, Warren | 01/31/13 | 107:7-110:18 | | | |
| Waskiewicz, Warren | 01/31/13 | 111:15-113:1 | | | |
| Waskiewicz, Warren | 01/31/13 | 113:20-113:25 | | | |
| Waskiewicz, Warren | 01/31/13 | 115:7-115:16 | | | |
| Waskiewicz, Warren | 01/31/13 | 115:21-116:19 | | | |
| Waskiewicz, Warren | 01/31/13 | 116:25-117:5 | | | |
| Waskiewicz, Warren | 01/31/13 | 118:12-118:22 | | | |
| Waskiewicz, Warren | 01/31/13 | 120:6-122:12 | | | |
| Waskiewicz, Warren | 01/31/13 | 122:21-123:6 | | | |
| Waskiewicz, Warren | 01/31/13 | 133:2-133:24 | | | |
| Waskiewicz, Warren | 01/31/13 | 135:2-135:9 | | | |
| Waskiewicz, Warren | 01/31/13 | 136:25-138:9 | | | |
| Waskiewicz, Warren | 01/31/13 | 140:12-140:18 | | | |
| Waskiewicz, Warren | 01/31/13 | 141:19-142:5 | | | |
| Waskiewicz, Warren | 01/31/13 | 145:5-145:12 | | | |
| Waskiewicz, Warren | 01/31/13 | 146:8-146:13 | | | |
| Waskiewicz, Warren | 01/31/13 | 168:6-173:15 | | | |
| Waskiewicz, Warren | 01/31/13 | 176:2-177:2 | | | |
| Waskiewicz, Warren | 01/31/13 | 187:8-192:14 | | | |
| Waskiewicz, Warren | 01/31/13 | 193:3-193:20 | | | |
| Waskiewicz, Warren | 01/31/13 | 194:4-194:14 | | | |
| Waskiewicz, Warren | 01/31/13 | 197:3-198:7 | | | |
| Waskiewicz, Warren | 01/31/13 | 198:11-198:24 | | | |

| Witness | Date | Realtek's Designations | Defendants' Objections to Designations | Defendants' Counter-designations | Realtek's Objections to Counter-designations |
|---|---|---|---|---|---|
| Waskiewicz, Warren | 01/31/13 | 200:25-201:14 | | | |
| Waskiewicz, Warren | 01/31/13 | 210:13-211:11 | | | |
| Waskiewicz, Warren | 01/31/13 | 211:17-213:1 | | | |
| Waskiewicz, Warren | 01/31/13 | 213:13-214:25 | | | |
| Waskiewicz, Warren | 01/31/13 | 215:15-216:8 | | | |
| Waskiewicz, Warren | 01/31/13 | 217:5-218:15 | | | |
| Waskiewicz, Warren | 01/31/13 | 220:8-220:24 | | | |
| Waskiewicz, Warren | 01/31/13 | 222:7-225:11 | | | |
| Waskiewicz, Warren | 01/31/13 | 226:23-227:24 | | | |
| Waskiewicz, Warren | 01/31/13 | 236:9-237:1 | | | |
| Waskiewicz, Warren | 01/31/13 | 237:24-241:17 | | | |
| | | | | | |

2.   **Realtek's Disclosure of Discovery Responses for Offer at Trial on or after November 4, 2013**

Realtek intend to offer the following discovery at trial, including the documents incorporated by reference therein, other than discovery offered solely for purposes of impeachment or rebuttal.  Pursuant to the Standing Order Re: Pretrial Preparation of the Honorable District Judge Ronald M. Whyte, Realtek shall lodge with the Court and serve on Defendants copies of these deposition transcripts that have been highlighted to identify the designated testimony.

1.   Defendants LSI Corporation and Agere Systems LLC's Response to First Request for Admissions (Nos. 1-12), dated December 31, 2012.  (Response Nos. 1, 2, 3, 4, 6, 7, 8, 9, 11, 12).

2. Defendants LSI Corporation and Agere Systems LLC's Response to Second Set of Requests for Admissions (No. 13), dated January 31, 2013.

3. Defendants LSI Corporation and Agere Systems LLC's Response to Third Set of Requests for Admissions (Nos. 14-46), dated May 1, 2013. (Response Nos. 14, 15, 16, 18, 19, 21, 22, 24, 25, 27, 28, 29, 30, 31, 32, 34, 38, 45, 46).

4.. Defendants LSI Corporation and Agere Systems LLC's Responses to Plaintiff's First Set of Interrogatories (Nos. 1-9), dated September 27, 2012. (Response No. 5)

5. Defendants LSI Corporation and Agere Systems LLC's Responses to Plaintiff's Third Set of Interrogatories (Nos. 15-16), dated April 4, 2013. (Response Nos. 15, 16)

6. Defendants LSI Corporation and Agere Systems LLC's Response to Plaintiff's Fourth Set of Interrogatories (Nos. 17-37), dated May 1, 2013. (Response Nos. 21, 22, 30)

7. Defendants LSI Corporation and Agere Systems LLC's Response to Plaintiff's Authentication Requests for Admission (Nos. 1-101), dated May 1, 2013. (Response Nos. 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 74, 79, 80, 81, 82, 83, 84, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101).

8. LSI Corporation's and Agere Systems Inc.'s Fourth Supplemental Response to Funai Respondents' Second Set of Interrogatories, dated August 31, 2012. (LSI3451-0000495- LSI3451-0000503). (Response No. 101).

9. LSI Corporation's and Agere Systems Inc.'s Third Supplemental Response to Realtek Semiconductor Corporation's First Set of Interrogatories (Nos. 1-31), dated February 13, 2012. (LSI3451-0027092- LSI3451-0027155). (Response No. 24).

US_ACTIVE-114534391.1-WOVEREND

10. LSI Corporation's First Supplemental Response to Mediatek Respondents' Fourth Set of Interrogatories (Nos. 75-84), dated October 3, 2012. (LSI3451-0001934- LSI3451-0001953).  (Response Nos. 79, 80, 81, 82).

11. Agere Systems LLC's First Supplemental Response to Mediatek Respondents' Fourth Set of Interrogatories (Nos. 75-84), dated October 3, 2012. (LSI3451-0001899- LSI3451-0001918).  (Response Nos. 79, 80, 81, 82).

12. Plaintiff Realtek Semiconductor Corporation's Amended Response to Defendant LSI Corporation's Requests for Admission (Set One), dated March 21, 2013.  (Response Nos. 1, 2, 3).

13. Plaintiff Realtek Semiconductor Corporation's Supplemental Response to Defendant LSI Corporation's First Set of Interrogatories (Nos. 1-19), dated December 28, 2012).  (Response Nos. 3, 4, 5, 8, 10, 12, 13, 15, 16).

14. Plaintiff Realtek Semiconductor Corporation's Supplemental Response to Defendant LSI Corporation's Interrogatories (Set Two), dated March 21, 2013.  (Response Nos. 20, 21, 22).

15. Agere Systems Inc.'s Response to Mediatek Respondents' Fourth Set of Interrogatories (Nos. 75-84), dated September 6, 2012 (Response No. 82).