# EXHIBIT A
# Redacted In Its Entirety

DECLARATION OF KEVIN M. BELL IN SUPPORT OF
DEFENDANTS LSI CORPORATION AND AGERE SYSTEMS
LLC'S MOTIONS IN LIMINE AND DAUBERT MOTIONS