1 All Counsel Listed on Signature Page

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION, et al.,<br><br>Defendant. | Case No. C 12-03451 RMW<br><br>**STIPULATION AND []<br>ORDER CONTINUING PRETRIAL<br>CONFERENCE AND EXTENDING<br>RELATED DEADLINES** |

Pursuant to Local Rules 6-1 and 6-2, Defendants LSI Corporation and Agere Systems LLC (collectively "Defendants") and Plaintiff Realtek Semiconductor Corporation ("Plaintiff") hereby stipulate to and jointly request that the Court continue the Final Pretrial Conference and extend related deadlines by **one week**.

WHEREAS the Final Pretrial Conference is scheduled for October 10, 2013, and related deadlines are set forth in the Court's September 9, 2013 Supplemental Case Management Order, [Dkt. No. 152];

WHEREAS the parties agree to continue the Final Pretrial Conference to October 17, 2013, or to any other date during the week of October 14 at the Court's convenience, and to extend the deadlines for related submissions as set forth below;

WHEREAS there is good cause because the parties' pretrial submissions under the Court's Standing Order (including those relating to bench or jury issues) will be affected by the Court's rulings on the issues submitted in the parties' September 11, 2013 Joint Report [Dkt. No. 153];

WHEREAS there is good cause for the continuance because the Court's scheduling notes indicate that the Court is unavailable between October 9-11 and the parties have agreed to a settlement conference with Judge Grewal on October 7, 2013;

WHEREAS the parties do not stipulate to extend the Final Pretrial Conference past the week of October 14, 2013; and

WHEREAS the parties' stipulation does not affect the November 4, 2013 trial date set by Court order, and does not accelerate or extend any other time frames set in the Local Rules or in the Federal Rules.

THEREFORE, the parties stipulate to and respectfully submit the following revised schedule for entry by the Court:

| Event | Current Date | Agreed Date or Deadline |
|---|---|---|
| Last day to meet and confer re Pretrial Preparation | September 25, 2013 | October 3, 2013 |
| Last day to file or lodge materials required in Section B of Standing Order Re: Pretrial Preparation | September 26, 2013 | October 4, 2013 |
| Last day to file or lodge materials required in Section C of Standing Order Re: Pretrial Preparation | October 3, 2013 | October 10, 2013 |
| Final Pretrial Conference | October 10, 2013 | October 17, 2013 |

Respectfully submitted,

Dated: September 17, 2013        REED SMITH LLP

By: /s/ *James A. Daire*
Scott D. Baker (SBN 84923)
William R. Overend (SBN 180209)
James A. Daire (239637)
Adrian Sue Shin (SBN 256960)

| | |
|---|---|
| 1 | REED SMITH LLP |
| | 101 Second Street, Suite 1800 |
| 2 | San Francisco, CA 94105-3659 |
| | Telephone: (415) 543-8700 |
| 3 | Facsimile: (415) 391-8269 |
| | Emails: sbaker@reedsmith.com |
| 4 | woverend@reedsmith.com |
| | jdaire@reedsmith.com |
| 5 | |
| | Steven S. Baik (SBN 184622) |
| 6 | Carina M. Tan (SBN 185015) |
| | REED SMITH LLP |
| 7 | 1510 Page Mill road, Suite 110 |
| | Palo Alto, CA 94304 |
| 8 | Telephone: (650) 352-0500 |
| | Fax: (650) 352-0699 |
| 9 | Emails: sshin@reedsmith.com |
| | carinatan@reedsmith.com |
| 10 | Attorneys for Plaintiff |
| | REALTEK SEMICONDUCTOR CORPORATION |

Dated: September 17, 2013        KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ *Robert J. Artuz*
David E. Sipiora (SBN 124951)
Kevin M. Bell (*appearing pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
Emails: dsipiora@kilpatricktownsend.com
          kbell@kilpatricktownsend.com

Robert J. Artuz (SBN 227789)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: rartuz@kilpatricktownsend.com

Attorneys for Defendants
LSI CORPORATION and AGERE SYSTEMS LLC

<u>Attestation of Signatures</u>

I, Robert J. Artuz, attest that the concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures.

/s/ *Robert J. Artuz*

1    **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

2
3    Dated: J⬚⬚ ⬚H

4    _____
     HON. RONALD M. WHYTE
5    UNITED STATES DISTRICT JUDGE

6    65709273V.1

STIPULATION AND [] ORDER CONTINUING PRETRIAL CONFERENCE
AND EXTENDING RELATED DEADLINES    4
CASE NO. C 12-03451 RMW