Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Adrian Sue Shin (SBN 256960)
Email: sshin@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Steven S. Baik (SBN 184622)
Email: sbaik@reedsmith.com
Carina M. Tan (SBN 185015)
carinatan@reedsmith.com
REED SMITH LLP
1510 Page Mill Road, Suite 110
Palo Alto, CA 94304
Tel: (650) 352-0500
Fax: (650) 352-0699

Attorneys for Plaintiff
REALTEK SEMICONDUCTOR CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>LSI CORPORATION and AGERE SYSTEMS LLC,<br><br>Defendants. | Case No. 5:12-cv-03451 RMW<br><br>**DECLARATION OF WILLIAM R. OVEREND IN SUPPORT OF PLAINTIFF REALTEK SEMICONDUCTOR CORPORATION'S AMENDED *DAUBERT* MOTION AND MOTIONS *IN LIMINE***<br><br>Date: October 17, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom 6, 4th Floor<br><br>Trial Date: November 4, 2013<br><br>Hon. Ronald M. Whyte |

I, William R. Overend, declare as follows:

1. I am an attorney at law licensed to practice before the courts of the State of California and the Northern District of California and a partner at Reed Smith LLP, attorneys for Plaintiff Realtek Semiconductor Corporation ("Realtek"). I have personal knowledge of the matters set forth herein, and if called as a witness, could and would competently testify to them.

2. Attached hereto as Exhibit A is a true and correct copy of the June 24, 2013 rebuttal report of Dr. Layne-Farrar, including the exhibits thereto.

3. Attached hereto as Exhibit B are true and correct excerpts of the transcript of the July 30, 2013 deposition of Anne Layne-Farrar, Ph.D. in this action.

4. Attached hereto as Exhibit C is a true and correct copy of the June 24, 2013 report of Kevin J. Negus, Ph.D, without the exhibits thereto.

5. Attached hereto as Exhibit D are true and correct excerpts of the transcript of the July 18, 2013 deposition of Kevin Negus, Ph.D. in this action.

6. Attached hereto as Exhibit E is a true and correct copy of the May 29, 2013 expert report of Dr. Gregory Leonard, without the exhibits thereto.

7. Attached hereto as Exhibit F are true and correct excerpts of the transcript of the April 16, 2013 deposition of Yee-Wei Huang in this action.

8. Attached hereto as Exhibit G is a true and correct copy of the nondisclosure agreement ("NDA") between LSI Logic Corporation and Realtek Semiconductor Corporation, effective June 14, 2012.

9. During discovery, Defendants never identified Carl Andren in their disclosures as a potential witness in this action. Attached hereto as Exhibit H is a true and correct copy of Defendants' supplemental initial disclosures served April 19, 2013, which do not list Mr. Andren as a witness.

10. Attached hereto as Exhibit I are true and correct excerpts of the transcript of the January 31, 2013 deposition of Warren K. Waskiewicz in this action.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED: October 3, 2013

*/s/ William R. Overend*
William R. Overend

Case No. 5:12-CV-03451 RMW   – 2 –
DECLARATION OF WILLIAM R. OVEREND ISO PLAINTIFF'S *DAUBERT* MOTION AND MOTIONS *IN LIMINE*