# EXHIBIT H

KILPATRICK TOWNSEND & STOCKTON LLP
DAVID E. SIPIORA (State Bar No. 124951)
1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
Email: dsipiora@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
ROBERT J. ARTUZ (State Bar No. 227789)
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: rartuz@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
CHARLES A. PANNELL, III (*Appearing Pro Hac Vice*)
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: cpannell@kilpatricktownsend.com

Attorneys for Defendants
LSI CORPORATION and AGERE SYSTEMS LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION, et al.,<br><br>Defendant. | Case No. C 12-03451 RMW<br><br>**LSI CORPORATION AND AGERE SYSTEMS LLC'S SUPPLEMENTAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26 (a)(1)** |

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendants LSI Corporation ("LSI") and Agere Systems LLC ("Agere"), collectively ("Defendants"), hereby make the supplemental disclosures set forth below to Plaintiff Realtek Semiconductor Corporation ("Realtek").

## I. General Statement Regarding LSI AND AGERE's Disclosures

These disclosures are based on information reasonably and currently available to Defendants, and Defendants make these disclosures without any admission as to the relevance, discoverability, or admissibility of any documents or tangible things within the listed categories.

The categories of documents identified in this disclosure may include documents protected by the attorney-client privilege, the work-product doctrine, and/or other applicable legal privileges and protections. Similarly, witnesses identified in these disclosures may possess information or knowledge protected by these privileges and protections. By listing these categories of documents and witnesses, Defendants do not waive their right to assert any applicable privilege or protection at an appropriate time.

Defendants' investigation concerning this case is continuing, and Defendants reserve the right to produce and rely upon further documents, tangible things, or individuals in support of their claims or defenses as such further documents, tangible things, and individuals are discovered.

## II. Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1)(A)

The following is a list of individuals and entities likely to have discoverable information that Defendants may use to support its counterclaims and/or defenses, and the subjects of the information believed to be known by those individuals and entities:

| Name and Contact Information | Subject Matter |
|---|---|
| Warren Waskiewicz, Vice President, Intellectual Property Business Group, LSI Corporation | Background, history, and organizational structure of Defendants; licensing and litigation of LSI Patents. |
| Mike Salute, Senior Director of Operations, Intellectual Property Business Group, LSI Corporation | Background, history, and organizational structure of Defendants; licensing and litigation of LSI Patents, including the amounts spent by Defendants on labor, litigation, market research, reverse engineering, travel, administration, plant, and equipment to license and/or enforce the LSI Patents, the prominence of LSI Patents in Defendants' licensing negotiations, and the revenues received from Defendants' licensees. |
| Cathy Hollien, | Licensing and litigation of LSI |

| Name and Contact Information | Subject Matter |
|---|---|
| Senior Manager,<br>Intellectual Property Business Group,<br>LSI Corporation | Patents, including the amounts spent by Defendants in litigation and licensing activities, on the employment of personnel, on market research and competitive intelligence expenses, and the revenues received from Defendants' licensees; records of LSI Corporation. |
| Representative(s) of Defendants' Licensees to the Patents-in-Suit | Development, manufacture, marketing, sale, and operation of products covered by the LSI Patents; investments in plant and equipment and employment of labor or capital with respect to articles protected by the LSI Patents; importation into the United States, sale for importation, or sale within the United States after importation of articles protected by the LSI Patents; licensing negotiations with Defendants; value and royalty rates of LSI Patents. |
| Corporate Representative(s) of Realtek | Patent licensing and negotiation practices and policies, interpretation of reasonable and non-discriminatory licensing terms, reliance on Defendants alleged commitments to the IEEE, patent royalty calculations, Realtek products, products of Realtek Customers, Realtek profits, Realtek sales and market for Realtek products, and evaluation of LSI patents. |
| Corporate Representative(s) of Realtek Customers and Potential Customers | Use of Realtek Products, price of Realtek products, market for Realtek products, market for end-user products, revenue and profits for Realtek products. |
| All witnesses deposed in this action. | The testimony provided during the depositions of such witnesses. |
| All witnesses disclosed in Realtek's initial disclosures and any supplements thereto. | The corresponding subject matter disclosed in Realtek's initial disclosures and any supplements thereto. |

     Employees of LSI or Agere should only be contacted through counsel for Defendants. The fact that persons are identified herein shall not constitute a waiver of any privileged communication(s) to which such person(s) was a party. Defendants' investigation concerning this case is continuing, and Defendants reserve the right to supplement this list of individuals likely to

1  have discoverable information based on information developed in the course of this lawsuit
2  through discovery or additional factual investigation.

3  **III.  Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1)(B)**

4  Defendants identify the following general categories of documents in the possession,
5  custody or control of Defendants which tend to support the positions Defendants have taken or is
6  reasonably likely to take in this case.

7  1. Documents relating to licensing and negotiations to license U.S. Patent Nos.
8  6,452,958 and 6,707,867 ("the LSI Patents");

9  2. Documents relating to commitments made to IEEE regarding the licensing of the
10  LSI Patents;

11  3. Documents relating to the value and royalty rates for the LSI Patents;

12  4. Documents relating to the value, use, and operation of Realtek products;

13  5. All documents produced in this action or in ITC Investigation No. 337-TA-837
14  (Certain Audiovisual Components and Products Containing the Same).

15  The documents within the listed document categories will be available for inspection or
16  copying after a mutually agreed-upon Protective Order is entered in this case. Such documents are
17  located at Defendants' offices or at the offices of its attorneys. Defendants also believe documents
18  in the possession, custody, or control of Realtek, its attorneys, or third parties may be relevant to
19  the facts and issues in this case.

20  **IV.  Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1)(C)**

21  Defendants deny that Realtek has suffered any damages or is entitled to any relief in this
22  action. Defendants are not yet seeking damages in this case, though they will seek an award of
23  their attorneys' fees and costs incurred in this action.

24  **V.  Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1)(D)**

25  Defendants are not aware of any insurance policy that would satisfy all or any portion of
26  any relief sought by Realtek in its Complaint.

27

28

1 | Dated:  April 19, 2013

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ *Robert J. Artuz*
  David E. Sipiora
  Robert J. Artuz
  Charles A. Pannell, III
Attorneys for Defendants
LSI CORPORATION and AGERE SYSTEMS LLC

65373258v.1

# CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause. My business address is 1080 Marsh Road, Menlo Park, California 94025.

2. OnApril 19, 2013, I served the attached document titled

**LSI CORPORATION AND AGERE SYSTEMS LLC'S SUPPLEMENTAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26 (a)(1)**

by transmitting a true and accurate copy of said document to the parties indicated below at the email addresses listed, based on an agreement of the parties to accept service by electronic transmission.

*VIA EMAIL*

Steven S. Baik
Carina Maria Tan
Reed Smith LLP
1510 Page Mill Road, Suite 110
Palo Alto, CA 94304

Email: rszz-RealtekRAND@ReedSmith.com

*VIA EMAIL*

Scott D. Baker
William R. Overend
James A. Daire
Adrian Sue Shin
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

Email: rszz-RealtekRAND@ReedSmith.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of April, 2013, at Menlo Park, California.

By: */s/ Robert J. Artuz*
    Robert J. Artuz