# EXHIBIT D

FILED ___ ENTERED
LODGED ___ RECEIVED

SEP - 4 2013

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY ___ DEPUTY

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, | CASE NO. C10-1823JLR |
| Plaintiff, | VERDICT FORM |
| v. | |
| MOTOROLA, INC., MOTOROLA MOBILITY, INC., and GENERAL INSTRUMENT CORPORATION, | |
| Defendants. | |

10-CV-01823-VRDCT

VERDICT FORM - 1

1  We, the jury, unanimously find as follows:

2  1.  Do you find that Microsoft has proved by a preponderance of the evidence
3  that Motorola breached its contractual commitment to the IEEE?

4  YES __8__  NO __0__

5  2.  Do you find that Microsoft has proved by a preponderance of the evidence
6  that Motorola breached its contractual commitment to the ITU?

7  YES __8__  NO __0__

8  If you answered "YES" to either question number 1 or number 2, proceed to
9  question number 3. In answering the remaining questions, remember that there are two
10 contracts at issue in this case and if you find that only one of the contracts has been
11 breached, you must determine the amount of damages caused by that breach and award
12 only that amount. If you answered "NO" to both question numbers 1 and 2, do not
13 answer any remaining questions in this Verdict Form and sign this Verdict Form and
14 notify the Deputy Clerk.

15 3.  What are the damages, if any, attributable to the distribution center
16 relocation costs incurred by Microsoft as a foreseeable result of MMI and General
17 Instrument Corporation having breached its contractual commitment to the ITU?

18 **Distribution Center Relocation Costs: $ 11,492,686**

19 4.  Attorneys fees and litigation costs may only be awarded as damages if you
20 find that Motorola's lawsuits seeking injunctive relief, apart from Motorola's general
21 course of conduct, violated Motorola's duty of good faith and fair dealing.

22

-2

  a. Do you find that Motorola's conduct in seeking injunctive relief, apart from Motorola's general course of conduct, violated Motorola's duty of good faith and fair dealing with respect to Motorola's contractual commitment to the IEEE?

    YES __8__   NO __0__

  b. Do you find that Motorola's conduct in seeking injunctive relief, apart from Motorola's general course of conduct, violated Motorola's duty of good faith and fair dealing with respect to Motorola's contractual commitment to the ITU?

    YES __8__   NO __0__

  c. What are the damages, if any, attributable to attorneys fees and litigation costs incurred by Microsoft as a foreseeable result of Motorola having breached its contractual commitment(s)?

    **Attorneys Fees and Litigation Costs:** $ __3,031,720__

5. If you find that Motorola breached its contractual commitment(s), but have not awarded damages in question numbers 3 or 4, enter a nominal damages amount that is greater than $0.00 but does not exceed $1.00.

    **Nominal Damages:** $ __—__

Dated this __4__ day of September, 2013.

          *Mary Claire King*
          Presiding Juror

- 3