# EXHIBIT I

**From:** Overend, William
**Sent:** Monday, October 07, 2013 9:25 AM
**To:** Bell, Kevin (kbell@kilpatricktownsend.com)
**Cc:** 'LSIRANDBOK'; zz-Realtek RAND (S)
**Subject:** ITC invoices

Kevin:

As you know, Defendants' Daubert/MIL No. 4 seeks to preclude Realtek from using the ITC invoices to prove its damages on the basis that the documents were heavily redacted. Among other things, Defendants contend that "Realtek could have made a proffer or otherwise negotiated a compromise to allow the invoices to be used for the limited purpose without a waiver of the attorney-client privilege."

As you also know, this is the first time Defendants have raised any complaints or objections on this issue. Defendants never demanded unredacted versions of the invoices after Realtek produced them, nor did Defendants move to compel unredacted versions. And when given an opportunity to depose Y.W. Huang on the invoices, Defendants merely asked him to confirm the invoices were for fees incurred in the ITC matter, but asked no questions about the reasonableness of the fees incurred or other issues raised in Defendants' Motion.

Despite Defendants' own lack of diligence on this issue, Realtek is prepared to address Defendants' purported concerns by producing different versions of the invoices, with most redactions removed, per Defendants' proposal in their motion: i.e., subject to an agreement that the documents are being produced for the limited purpose of proving (and/or rebutting) Realtek's alleged damages and that there is no waiver of attorney-client privilege or work product as to these documents or any of the underlying communications or subject matter.

Please let us know by noon Pacific tomorrow if Defendants are willing to agree to the above regarding this supplemental production. If so, we anticipate that we can provide the documents to you by the end of tomorrow.

Thanks,

Bill

**William R. Overend**
Partner
woverend@reedsmith.com
+1 415 659 5919
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
T:  +1 415 543 8700
F:  +1 415 391 8269
reedsmith.com