# EXHIBIT J

| | |
|---|---|
| **From:** | Bell, Kevin <kbell@kilpatricktownsend.com> |
| **Sent:** | Tuesday, October 08, 2013 8:45 AM |
| **To:** | Overend, William |
| **Cc:** | LSIRANDBOK; zz-Realtek RAND (S) |
| **Subject:** | RE: ITC invoices |

Bill,

LSI stands by its motion in limine and has no interest in incurring the additional time and expense associated with reviewing any unredacted documents.  As such, LSI does not agree to your proposal regarding the supplemental production.

Regards,

Kevin

**Kevin Bell**
**Kilpatrick Townsend & Stockton LLP**
Suite 600 | 1400 Wewatta Street | Denver, CO 80202
office 303 607 3291 | fax 303 736 4216
kbell@kilpatricktownsend.com | My Profile | vCard

**From:** Overend, William [mailto:WOverend@ReedSmith.com]
**Sent:** Monday, October 07, 2013 10:25 AM
**To:** Bell, Kevin
**Cc:** LSIRANDBOK; zz-Realtek RAND (S)
**Subject:** ITC invoices

Kevin:

As you know, Defendants' Daubert/MIL No. 4 seeks to preclude Realtek from using the ITC invoices to prove its damages on the basis that the documents were heavily redacted.  Among other things, Defendants contend that "Realtek could have made a proffer or otherwise negotiated a compromise to allow the invoices to be used for the limited purpose without a waiver of the attorney-client privilege."

As you also know, this is the first time Defendants have raised any complaints or objections on this issue.  Defendants never demanded unredacted versions of the invoices after Realtek produced them, nor did Defendants move to compel unredacted versions.  And when given an opportunity to depose Y.W. Huang on the invoices, Defendants merely asked him to confirm the invoices were for fees incurred in the ITC matter, but asked no questions about the reasonableness of the fees incurred or other issues raised in Defendants' Motion.

Despite Defendants' own lack of diligence on this issue, Realtek is prepared to address Defendants' purported concerns by producing different versions of the invoices, with most redactions removed, per Defendants' proposal in their motion:  i.e., subject to an agreement that the documents are being produced for the limited purpose of proving (and/or rebutting) Realtek's alleged damages and that there is no waiver of attorney-client privilege or work product as to these documents or any of the underlying communications or subject matter.

Please let us know by noon Pacific tomorrow if Defendants are willing to agree to the above regarding this supplemental production.  If so, we anticipate that we can provide the documents to you by the end of tomorrow.

Thanks,

Bill

**William R. Overend**
Partner
woverend@reedsmith.com
+1 415 659 5919
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
T:  +1 415 543 8700
F:  +1 415 391 8269
reedsmith.com

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

* * *

To ensure compliance with Treasury Department regulations, we inform you that, unless otherwise indicated in writing, any U.S. Federal tax advice contained in this communication  (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

Disclaimer Version RS.US.20.10.00

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.