# EXHIBIT K



Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
+1 415 543 8700
Fax +1 415 391 8269
reedsmith.com

**William R. Overend**
Direct Phone:  +1 415 659 5919
Email:  woverend@reedsmith.com

October 8, 2013

**By Electronic Mail**

Kevin Bell
Kilpatrick Townsend & Stockton LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
kbell@kilpatricktownsend.com

**Realtek Semiconductor Corporation v. LSI Corporation, et al., Northern District of California
Case No. 12-cv-03451 RMW**

Dear Kevin:

Attached is a supplemental production of invoices of attorneys' fees and costs incurred by Realtek in the ITC investigation, docket number 337-TA-837, with most redactions removed.

As you know, Defendants' Daubert/MIL No. 4 raised complaints for the first time about the redactions on the earlier-produced versions of the ITC invoices (some of which are very recent and were just produced for the first time within the last couple weeks).  Despite Defendants' own lack of diligence on this issue, Realtek is making this supplemental production to address Defendants' purported concerns.

These versions of the ITC invoices are being produced for the limited purpose of proving Realtek's attorneys fees and costs incurred in the ITC action, which it claims as damages in this case.  Realtek does not waive any attorney-client privilege or work product as to any of the underlying communications or subject matter reflected in any of the invoices.

The documents are numbered RT-SUPP-0001905 - RT-SUPP-0002145 and are designated "Highly Confidential-Attorneys' Eyes Only" pursuant to the Protective Order in this case and should be treated as such.

Very truly yours,


*/s/ William R. Overend*
William R. Overend

WRO:et

cc:     lsirandbok@kilpatricktownsend.com
        RealtekRAND@ReedSmith.com

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦
PITTSBURGH MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

US_ACTIVE-114739024.1-WOVEREND