# EXHIBIT L

[FILED UNDER SEAL]

THIS DOCUMENT CONTAINS CONFIDENTIAL PROTECTED INFORMATION AND THE CONTENTS ARE NOT TO BE DISPLAYED OR REVEALED EXCEPT BY ORDER OF THE COURT PRESIDING OVER THIS MATTER