UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LSI CORPORATION<br>and AGERE SYSTEMS LLC,<br><br>　　　　　Defendants. | Case No. 5:12-cv-03451 RMW<br><br>**ORDER GRANTING** ~~IN PART AND DENYING IN PART~~ **PLAINTIFF'S REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>**[Re: Docket No. 192]**<br><br>　***Amending Order Title at Docket No. 207 |

Pursuant to Civil Local Rule 79-5, plaintiff Realtek Semiconductor Corporation filed a miscellaneous administrative request for an order permitting the filing under seal of Realtek's Opposition to Defendants' Motions *In Limine* and *Daubert* Motions and exhibits B, F, H, and L to the Overend declaration in support thereof. *See* Dkt. No. 192. The motion is based in part on the defendants' designation exhibits B and F as confidential or highly confidential under the terms of the court's protective order. Thus, defendants were required to file a declaration establishing that these materials are sealable within four days. *See* Civ. L.R. 79-5(e)(1) (recently amended) (formerly 79-5(d)). Defendants failed to file the declaration; however, because the court finds based on Realtek's submission that exhibits B and F contain sufficiently sensitive business information for defendants, the court will nevertheless grant the sealing motion for the purposes of the motions *in limine* only.

Plaintiffs have shown that exhibits H and L also contain sensitive, confidential business information and grants the sealing motion for the purposes of the motions *in limine* only.

The following shall be filed under seal:

    1)    Realtek's Opposition to Defendants' Motions *In Limine* and *Daubert* Motions.

    2)    Exhibits B, F, H and L to the Overend Declaration in support of Realtek's Opposition.

**IT IS SO ORDERED.**

DATED: October 23, 2013.

_____
Hon. Ronald M. Whyte
United States District Judge

Case No. 5:12-CV-03451 RMW     – 1 –
ORDER RE: MOTION TO SEAL (Re: DOCKET NO. 192)