

**Steven S. Baik**
Direct Phone:  +1 650 352 0531
Email:  sbaik@reedsmith.com

Reed Smith LLP
1510 Page Mill Road
Suite 110
Palo Alto, CA 94304-1127
+1 650 352 0500
Fax +1 650 352 0699
reedsmith.com

November 8, 2013

The Honorable Ronald M. Whyte
United States District Court
San Jose Courthouse, Courtroom 6 - 4th Floor
280 South 1st Street
San Jose, CA 95113

**Realtek Semiconductor Corporation v. LSI Corporation and Agere Systems LLC; Case No. 5:12-cv-03451 RMW**

Dear Judge Whyte:

We write to advise the Court of a scheduling issue regarding the recently set February 10, 2013 trial date that has just come to our attention.  Plaintiff Realtek Semiconductor Corporation's disclosed and designated corporate witness, Mr. Yee-Wei Huang of Taiwan, is also the Chairman of the intellectual property committee of the World Semiconductor Council, and scheduled to chair the committee's previously set meetings from February 10-14, 2013 in Kobe, Japan, during the first week of trial.

Upon learning of the conflict, we immediately notified counsel for Defendants on October 29, 2013 and requested a meet and confer on the issue.  We discussed possible workarounds with counsel for Defendants LSI Corporation and Agere Systems LLC, including starting jury selection on February 14, 2013 and proceeding with trial the following week, but counsel for Defendants has not provided a response on the matter to date.  Rather than further delay in notifying the Court, we felt it necessary to inform the Court pending Defendants' position on the conflict.

We will continue to attempt to meet and confer with counsel for Defendants and be prepared to address the matter with the Court during the January 9, 2014 pre-trial conference to the extent necessary.  If the Court would like to address the matter before January 9, however, we can also be available for a telephonic or in-person conference at the Court's convenience.

Very truly yours,


*/s/ Steven S. Baik*
Steven S. Baik

SSB:vc

cc:     Counsel for Defendants (*via ECF Notification*)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON
SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ KAZAKHSTAN

US_ACTIVE-115168112.1-JADAIRE