1    All Counsel Listed on Signature Page

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12   REALTEK SEMICONDUCTOR              Case No. C 12-03451 RMW
     CORPORATION,
13                                       **STIPULATION AND []
                   Plaintiff,            ORDER RE-SETTING HEARING ON
14                                       MOTIONS *IN LIMINE* AND *DAUBERT*
           v.                            MOTIONS**
15
16   LSI CORPORATION, et al.,

17                 Defendant.

18

19          Pursuant to Local Rule 6-2, Defendants LSI Corporation and Agere Systems LLC

20   (collectively "Defendants") and Plaintiff Realtek Semiconductor Corporation ("Plaintiff") hereby

21   stipulate to and jointly request that the Court re-set the hearing date for the parties' respective

22   motions *in limine* and *Daubert* motions [Dkt. Nos. 174, 179], which are presently set to be heard

23   during the pretrial conference scheduled for January 9, 2014.  By this stipulation, the parties'

24   stipulate to and respectfully request that the Court set a motion hearing on these motions for

25   December 20, 2013, starting at 9:00 a.m, or, in the alternative, December 19, 2013 at 2:00 p.m.

26          WHEREAS the Final Pretrial Conference is scheduled for January 9, 2014 [Dkt. No. 215

27   (Transcript of October 22, 2013 Telephonic Conference) at 20:15-22:3];

28          WHEREAS the Court issued its "Tentative Rulings on Motions *in Limine* and *Daubert*

1  Motions" on November 13, 2013 [Dkt. No. 216];

2      WHEREAS the parties agree to hold the hearing on the parties' respective motions *in*

3  *limine* and *Daubert* motions on December 20, 2013, or, in the alternative, December 19, 2013 at

4  2:00 p.m.;

5      WHEREAS the parties agree to maintain the pretrial conference scheduled for January 9,

6  2014;

7      WHEREAS there is good cause because the parties' pretrial submissions under the Court's

8  Standing Order (including any revision to the parties' respective jury instructions, trial exhibit

9  lists, witness lists and/or discovery and deposition excerpts) will be affected by the Court's final

10  rulings on the respective motions *in limine* and *Daubert* motions, and the parties wish to know the

11  Court's final rulings as soon as possible so they can exchange revised pretrial submissions and

12  begin preparing for trial;

13      WHEREAS the parties do not stipulate to change the date for the Final Pretrial

14  Conference, which is presently scheduled for January 9, 2014; and

15      WHEREAS the parties' stipulation does not affect the February 10, 2013 trial date set by

16  Court order, and does not accelerate or extend any other time frames set in the Local Rules or in

17  the Federal Rules.

18      THEREFORE, the parties stipulate to and respectfully submit the following revised

19  schedule for entry by the Court:

| Event | Current Date | Agreed Date |
|---|---|---|
| Hearing on motions *in limine* and *Daubert* motions [Dkt. Nos. 174, 179] | January 9, 2014 | December 20, 2013 |
| Final Pretrial Conference | January 9, 2014 | January 9, 2014 |

Respectfully submitted,

Dated:  November 27, 2013        REED SMITH LLP

By:  /s/ William R. Overend
Scott D. Baker (SBN 84923)
William R. Overend (SBN 180209)
James A. Daire (239637)
Adrian Sue Shin (SBN 256960)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
Emails:   sbaker@reedsmith.com
          woverend@reedsmith.com
          jdaire@reedsmith.com

Steven S. Baik (SBN 184622)
Carina M. Tan (SBN 185015)
REED SMITH LLP
1510 Page Mill road, Suite 110
Palo Alto, CA 94304
Telephone:  (650) 352-0500
Fax:  (650) 352-0699
Emails:   sshin@reedsmith.com
          carinatan@reedsmith.com

Attorneys for Plaintiff
REALTEK SEMICONDUCTOR CORPORATION

Dated:  November 27, 2013        KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Kevin M. Bell
David E. Sipiora (SBN 124951)
Kevin M. Bell (*appearing pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
Emails:   dsipiora@kilpatricktownsend.com
          kbell@kilpatricktownsend.com

Robert J. Artuz (SBN 227789)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email:    rartuz@kilpatricktownsend.com

Attorneys for Defendants
LSI CORPORATION and AGERE SYSTEMS LLC

Attestation of Signatures

I, Kevin M. Bell, attest that the concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures.

_/s/ Kevin M. Bell_

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:_____

_Ronald M. Whyte_

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

65709273V.1