UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR, CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LSI CORPORATION AND AGERE SYSTEMS LLC,<br><br>　　　　　Defendants. | Case No. C-12-3451-RMW<br><br>**[DRAFT] JURY VERDICT FORM** |

### DETERMINATION OF RAND ROYALTY RATE FOR '958 AND '867 PATENTS

1. What do you find is the reasonable and non-discriminatory (RAND) royalty rate for the '958 Patent?

    a.  ongoing royalty payment of $____ [per unit sold]; or

    b.  ongoing royalty payment of ____% of total sales.

2. What do you find is the reasonable and non-discriminatory (RAND) royalty rate for the '867 Patent?

    a.  ongoing royalty payment of $____ [per unit sold]; or

    b.  ongoing royalty payment of ____% of total sales.

**FINDINGS ON BREACH OF CONTRACT DAMAGES**

3. Has Plaintiff sustained damages as a foreseeable result of Defendants' breach of their contractual commitments?

   YES _____   NO _____

4. If you answered "YES" to Question No. 2, what is the amount of damages that Plaintiff sustained?

   $_____ dollars

Dated: _____                                  _____
                                                         Presiding Juror