Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Adrian Sue Shin (SBN 256960)
Email: sshin@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

Steven S. Baik (SBN 184622)
Email: sbaik@reedsmith.com
REED SMITH LLP
1510 Page Mill Road, Suite 110
Palo Alto, CA 94304
Tel:  (650) 352-0500
Fax:  (650) 352-0699

Attorneys for Plaintiff
REALTEK SEMICONDUCTOR CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>           Plaintiff,<br><br>    vs.<br><br>LSI CORPORATION and AGERE SYSTEMS LLC,<br><br>           Defendants. | Case No. 5:12-cv-03451 RMW<br><br>**[] ORDER ALLOWING DELIVERY AND USE OF COURTROOM PRESENTATION EQUIPMENT**<br><br>Compl. Filed:  June 29, 2012<br>Trial Date:  February 10, 2014<br><br>Hon. Ronald M. Whyte |

The Court hereby allows the following equipment to be brought into and used by the parties in the Courtroom during the trial of this matter:

1. 6 17" LCD display monitors;
2. 1 video switch box;
3. 2 distribution amplifiers;
4. 1 LCD projector;
5. 1 WOLFVISION VZ-8 Light ELMO;
6. 2 projector stands with skirts;
7. 1 projector screen;
8. 2 DI boxes;
9. 1 mixer;
10. 2 speakers;
11. 2 speaker stands;
12. 2 folding tables; and
13. Assorted cables, power strips, and extension cords

**IT IS SO ORDERED.**

DATED: _____, 2014.

*Ronald M. Whyte*

Hon. Ronald M. Whyte
United States District Judge