UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR, CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION AND AGERE SYSTEMS LLC,<br><br>Defendants. | Case No. C-12-3451-RMW<br><br>**ORDER RE VOIR DIRE**<br><br>**[Re: Dkt. No. 250]** |

The court appreciates the work the parties put into the Amended Joint Proposed Voir Dire questions and the court anticipates asking most, if not all, of the questions proposed. The court has separated out those questions that are most likely to raise a valid excuse from jury service or a basis for a cause challenge and put them in a written questionnaire. The jurors are being summoned for 10:00 a.m. on Monday, February 10 and will be given the questionnaire. After the questionnaires are completed, copies will be made available to the parties for use during the selection process commencing at 1:30 p.m. The written hardship claims and any answers which raise an obvious basis for a cause challenge will be reviewed and in most cases ruled on based upon the answers given so that most of the prospective jurors who are brought into the courtroom will be eligible to serve. A copy of the written questionnaire is attached.

Dated: February 7, 2014

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge