UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR, CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION AND AGERE SYSTEMS LLC,<br><br>Defendants. | Case No. C-12-3451-RMW<br><br>**JURY VERDICT FORM** |

### DETERMINATION OF RAND ROYALTY RATE FOR '958 AND '867 PATENTS

1. What do you find is the reasonable and non-discriminatory (RAND) royalty rate for the '958 Patent? Fill in a. or b. as appropriate.

    a. ongoing royalty payment of $____ [per unit of Realtek product sold]; or

    b. ongoing royalty payment of ____% of total sales of Realtek's products.

2. What do you find is the reasonable and non-discriminatory (RAND) royalty rate for the '867 Patent? Fill in a. or b. as appropriate.

    a. ongoing royalty payment of $____ [per unit of Realtek product sold]; or

    b. ongoing royalty payment of ____% of total sales of Realtek's products.

**FINDINGS ON BREACH OF CONTRACT DAMAGES**

3. What is the amount of damages that Plaintiff proved it has sustained as a result of Defendants' breach of their contractual obligation?

$ _____

Dated: _____   _____
                                                          Presiding Juror