UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR, CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION AND AGERE SYSTEMS LLC,<br><br>Defendants. | Case No. C-12-3451-RMW<br><br>**ORDER RE REALTEK REBUTTAL TOPICS**<br><br>**[Re: Dkt. No. 294]** |

The court has reviewed the parties' submissions regarding the subjects Realtek wants to offer from Dr. Leonard, Dr. Shoemake, and Carl Andren in its rebuttal case. To be admissible the evidence must be either impeaching or necessary to counter new, unforeseen facts brought out in the other side's case. *See Daly v. Far Eastern Shipping Co. PLC.*, 238 F. Supp. 2d 1231, 1238 (W.D. Wash. 2003) *aff'd sub nom. Daly v. Fesco Agencies NA Inc.*, 108 F. App'x 476 (9th Cir. 2004). The court has used this standard in determining whether the proffered rebuttal testimony is admissible.

**Dr. Shoemake**:

1. **Inadmissible**
2. **Inadmissible**

ORDER RE REBUTTAL TOPICS
Case No. C-12-3451-RMW
RDS

- 1 -

3. **Inadmissible**

4. **Admissible**

5. **Inadmissible**

6. **Admissible**

7. **Inadmissible**

8. **Inadmissible**

9. **Inadmissible**

10. **Inadmissible**

11. **Inadmissible**

12. **Inadmissible**

13. **Inadmissible**

14. **Inadmissible**

15. **Inadmissible**

16. **Admissible**, but limited to the topic of whether voice capability was an application of the '867 Patent.

17. **Inadmissible**

18. **Inadmissible**

19. **Inadmissible**

20. **Inadmissible**

21. **Inadmissible**

22. **Admissible**

23. **Inadmissible**

24. **Inadmissible**

**Dr. Leonard**:

1. **Inadmissible**, unless Realtek makes a proffer to the court that Dr. Layne-Farrar made an arithmetic error in her new calculation, or that Dr. Layne-Farrar changed her methodology (other than the number of patents she included) when she added the five additional patents.

2. **Inadmissible**

3. **Inadmissible**

4. **Inadmissible**

5. **Inadmissible**

6. **Inadmissible**

7. **Inadmissible**

<u>Carl Andren</u>:

1. **Admissible**

2. **Admissible**

3. **Admissible**

Dated: February 23, 2014



RONALD M. WHYTE
United States District Judge

ORDER RE REBUTTAL TOPICS
Case No. C-12-3451-RMW
RDS

- 3 -