1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN JOSE DIVISION
11

| | |
|---|---|
| REALTEK SEMICONDUCTOR, CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>LSI CORPORATION AND AGERE SYSTEMS LLC,<br><br>                    Defendants. | Case No. C-12-3451-RMW<br><br>**ORDER ADMITTING TRIAL EXHIBITS 32, 68, 75, 194, 195 – MITSUMI ROYALTY REPORTS** |

20         Trial exhibits 32, 68, 75, 194, and 195 are ADMITTED. The parties stipulated that otherwise

21    unobjectionable documents are admissible without a witness needing to lay a foundation, so long as

22    the witness references the exhibit or a demonstrative references the exhibit (with the witness

23    discussing the exhibit in the course of discussing the demonstrative). The disputed exhibits are all

24    royalty statements from Mitsumi showing the amount of royalties due under the Mitsumi license

25    agreement. In his testimony, Dr. Leonard used a demonstrative showing the total amount of

26    royalties paid by Mitsumi under the Mitsumi license agreement, and he states in his testimony that

27    he referred to "the [royalty] data that [he] saw that was produced, I believe by LSI as part of the

28    case." Dr. Leonard then mentions the total amount of royalties paid by Mitsumi under the Mitsumi

license agreement, as shown on the demonstrative. Dr. Leonard thus presented a demonstrative with the total amount of royalties, referred to the disputed exhibits as the basis for his calculation, and discussed the total amount of royalties paid by Mitsumi under the Mitsumi license agreement. The disputed exhibits that provided the underlying basis for Dr. Leonard's calculation and therefore admissible, and are hereby ADMITTED.


Dated: February 23, 2014



RONALD M. WHYTE
United States District Judge

United States District Court
For the Northern District of California