**E-FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LSI CORPORATION AND AGERE SYSTEMS LLC,<br><br>　　　　Defendants. | CASE NO.: C-12-03451-RMW<br><br>**STIPULATION AND ORDER RE: TRIAL EXHIBITS** |

It is hereby stipulated that the trial exhibits in the above-entitled case may be returned to counsel, and all exhibits will be kept by counsel until or unless an appeal is filed.

Should an appeal be filed counsel are to deliver the exhibits to the Ninth Circuit Court of Appeals upon request by the Clerk's Office of that court.

Dated: 2-26-2014

_____
(Counsel for Plaintiffs)

Dated: 02/26/14

_____
(Counsel for Defendants)

IT IS SO ORDERED.

Dated: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge