UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR, CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>LSI CORPORATION AND AGERE SYSTEMS LLC,<br><br>            Defendants. | Case No. C-12-3451-RMW<br><br>**ORDER SETTING EQUITABLE RELIEF AND POST-TRIAL MOTIONS SCHEDULES**<br><br>**[Re: Dkt. No. 326]** |

The Court finds that briefing on the equitable issues surrounding potential entry of a permanent injunction is necessary. Federal Rules of Civil Procedure 50(b) and 59(b) state that motions for judgment as a matter of law and new trial motions must be filed "[n]o later than 28 days after the entry of judgment." This language sets a final time limit after which motions for judgment as a matter of law and new trial motions will be barred. *See, e.g.*, *Riggs v. Scrivner, Inc.*, 927 F.2d 1146, 1148 (10th Cir. 1991). As such, Rules 50(b) and 59(b) do not appear to preclude such motions being filed before judgment is entered.

In the interest of efficiency, the court sets the following schedule for Realtek's motion for equitable relief and the parties' post-trial motions under Rules 50 and 59:

| | | |
|---|---|---|
| Realtek's motion for equitable relief: | | March 28, 2014 |
| Post-trial motions: | | March 28, 2014 |
| Oppositions due: | | April 11, 2014 |
| Replies due: | | April 18, 2014 |
| Hearing: | | May 9, 2014 |

**IT IS SO ORDERED.**

Dated: March 12, 2014



RONALD M. WHYTE
United States District Judge