UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR, CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION AND AGERE SYSTEMS LLC,<br><br>Defendants. | Case No. C-12-3451-RMW<br><br>**FINAL JUDGMENT** |

It is ordered, adjudged, and decreed that final judgment be entered in favor of plaintiff Realtek Semiconductor Corporation and against defendants LSI Corporation and Agere Systems LLC as follows:

1. Defendants shall pay to Realtek the amount of $3,825,000 (plus any associated post-judgment interest) as contractual damages incurred through July 31, 2013, consistent with the jury's special verdict.

2. The court hereby enters declaratory judgment that, upon Realtek's request for a license, to be in compliance with its RAND commitment, LSI must offer Realtek a license to the '958 Patent on RAND terms, including a royalty rate of 0.12% on the total United States sales of Realtek's accused products.

3. The court hereby enters declaratory judgment that, upon Realtek's request for a license, to be in compliance with its RAND commitment, LSI must offer Realtek a license to the '867 Patent on RAND terms, including a royalty rate of 0.07% on the total United States sales of Realtek's accused products.

4. Realtek is the prevailing party for purposes of Federal Rule of Civil Procedure 54(d). Realtek may serve and file a bill of costs incurred in this action in accordance with Federal Rule of Civil Procedure 54(d) and Civil Local Rule 54.

**IT IS SO ORDERED.**

Dated: June 16, 2014



RONALD M. WHYTE
United States District Judge