| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | DAVID E. SIPIORA (State Bar No. 124951) |
| 2 | KEVIN M. BELL (*Admitted pro hac vice*) |
| | KENT T. DALLOW (*Admitted pro hac vice*) |
| 3 | 1400 Wewatta Street, Suite 600 |
| | Denver, CO 80202-5556 |
| 4 | Telephone: (303) 571-4000 |
| | Facsimile: (303) 571-4321 |
| 5 | Email: *dsipiora@kilpatricktownsend.com* |
| | *kbell@kilpatricktownsend.com* |
| 6 | *kdallow@kilpatricktownsend.com* |
| 7 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | ROBERT J. ARTUZ (State Bar No. 227789) |
| 8 | 1080 Marsh Road |
| | Menlo Park, CA 94025 |
| 9 | Telephone: (650) 326-2400 |
| | Facsimile: (650) 326-2422 |
| 10 | Email: *rartuz@kilpatricktownsend.com* |
| 11 | Attorneys for Defendants |
| | LSI CORPORATION and |
| 12 | AGERE SYSTEMS LLC |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION, | Case No. C 12-03451 RMW |
| Plaintiff, | **DEFENDANTS LSI CORPORATION AND AGERE SYSTEMS LLC'S NOTICE OF APPEAL OF FINAL JUDGMENT** |
| v. | |
| LSI CORPORATION and AGERE SYSTEMS LLC | |
| Defendants. | |

NOTICE OF APPEAL OF FINAL JUDGMENT
CASE NO. C 12-03451 RMW

1  NOTICE IS HEREBY GIVEN that Defendants LSI Corporation and Agere Systems LLC
2  hereby appeal to the United States Court of Appeals for the Ninth Circuit from the FINAL
3  JUDGMENT [Dkt. No. 365], entered in this action on the 16th day of June 2014, as well as the
4  heretofore non-appealable orders entered by the Court in this action.

6  Dated: July 11, 2014

7      KILPATRICK TOWNSEND & STOCKTON LLP

8      s/ David E. Sipiora
    DAVID E. SIPIORA (State Bar No. 124951)
9      KEVIN M. BELL (admitted pro hac vice)
    KENT T. DALLOW (admitted pro hac vice)
10     1400 Wewatta Street, Suite 600
    Denver, CO 80202-5556
11     Telephone: (303) 571-4000
    Facsimile: (303) 571-4321
12     Email: *dsipiora@kilpatricktownsend.com*
         *kbell@kilpatricktownsend.com*
13          *kdallow@kilpatricktownsend.com*

14     KILPATRICK TOWNSEND & STOCKTON LLP
    ROBERT J. ARTUZ (State Bar No. 227789)
15     1080 Marsh Road
    Menlo Park, CA 94025
16     Telephone: (650) 326-2400
    Facsimile: (650) 326-2422
17     Email: *rartuz@kilpatricktownsend.com*

19     Attorneys for Defendants
    LSI CORPORATION and AGERE SYSTEMS LLC

66400132v.2

NOTICE OF APPEAL OF FINAL JUDGMENT
CASE NO. C 12-03451 RMW     2