KILPATRICK TOWNSEND & STOCKTON LLP
DAVID E. SIPIORA (State Bar No. 124951)
KEVIN M. BELL (*Admitted pro hac vice*)
KENT T. DALLOW (*Admitted pro hac vice*)
1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
Email:  *dsipiora@kilpatricktownsend.com*
         *kbell@kilpatricktownsend.com*
         *kdallow@kilpatricktownsend.com*

KILPATRICK TOWNSEND & STOCKTON LLP
ROBERT J. ARTUZ (State Bar No. 227789)
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email:  *rartuz@kilpatricktownsend.com*

Attorneys for Defendants
LSI CORPORATION and
AGERE SYSTEMS LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>LSI CORPORATION and AGERE SYSTEMS LLC,<br><br>            Defendants. | Case No. C 12-03451 RMW<br><br>**REPRESENTATION STATEMENT** |

Pursuant to Circuit Rule 3-2, counsel for Defendants LSI Corporation and Agere Systems LLC files the below Representation Statement. The undersigned represents Defendants in this district court case. On appeal, Defendants/Appellants are represented by:

REPRESENTATION STATEMENT
CASE NO. C 12-03451 RMW

2

1  David E. Sipiora, Kilpatrick Townsend & Stockton LLP, 1400 Wewatta Street, Suite 600,
2  Denver, Colorado, 80202.  Telephone: (303) 571-4000, Facsimile: (303) 571-4321. Email:
3  dsipiora@kilpatricktownsend.com.
4  Kevin M. Bell, Kilpatrick Townsend & Stockton LLP, 1400 Wewatta Street, Suite 600,
5  Denver, Colorado, 80202.  Telephone: (303) 571-4000, Facsimile: (303) 571-4321. Email:
6  kbell@kilpatricktownsend.com.

8  Plaintiff/Appellee Realtek Semiconductor Corporation is represented in this district court
9  case by:
10  Steven S. Baik, Reed Smith LLP, 1510 Page Mill Road, Suite 110, Palo Alto, California
11  94304.  Telephone: (650) 352-0531, Facsimile: (650) 352-0699. Email: sbaik@ReedSmith.com.
12  There are no other parties to this action.

14  Dated:  July 11, 2014

15  KILPATRICK TOWNSEND & STOCKTON LLP

17  s/ David E. Sipiora
DAVID E. SIPIORA (State Bar No. 124951)
KEVIN M. BELL (admitted pro hac vice)
18  KENT T. DALLOW (admitted pro hac vice)
1400 Wewatta Street, Suite 600
19  Denver, CO 80202-5556
Telephone:  (303) 571-4000
20  Facsimile:  (303) 571-4321
Email: *dsipiora@kilpatricktownsend.com*
21    *kbell@kilpatricktownsend.com*
    *kdallow@kilpatricktownsend.com*
22
KILPATRICK TOWNSEND & STOCKTON LLP
23  ROBERT J. ARTUZ (State Bar No. 227789)
1080 Marsh Road
24  Menlo Park, CA 94025
Telephone:  (650) 326-2400
25  Facsimile:  (650) 326-2422
Email: *rartuz@kilpatricktownsend.com*
26
Attorneys for Defendants
27  LSI CORPORATION and AGERE SYSTEMS LLC

28

REPRESENTATION STATEMENT
CASE NO. C 12-03451 RMW                                                                                          2